PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
ABRAHAM NGUYEN MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 04-00322 DAE |
|---|---|
| | ) Cr. No. 04-00049 DAE |
| Plaintiff, | ) |
| | ) STIPULATION TO SUSPEND |
| vs. | ) ELECTRONIC MONITORING |
| | ) WHILE ATTENDING |
| ABRAHAM NGUYEN MARTIN, | ) DAUGHTER'S GRADUATION; |
| | ) ATTACHMENT |
| Defendant. | ) |
| | ) |

**STIPULATION TO SUPSEND ELECTRONIC
MONITORING WHILE ATTENDING DAUGHTER'S GRADUATION**

The parties hereby stipulate that while the defendant attends his

daughter's graduation in Oregon, his condition of electronic monitoring is


SCANNED

suspended. Specifically, between the dates of June 15-20, 2006. [See attached itinerary]. Upon his return, this condition is reinstated.

IT IS HEREBY STIPULATED:

DATED: Honolulu, Hawaii, April 11, 2006.

_____
ALEXANDER SILVERT
Attorney for Defendant
ABRAHAM NGUYEN MARTIN

_____
WILLIAM SHIPLEY
Assistant United States Attorney

_____
DAVID KAHUNAHANA
United States Pretrial Officer

IT IS SO ORDERED:

DATED: Honolulu, Hawaii  _____

_____
The Honorable DAVID A. EZRA
United States District Court Judge
District of Hawaii

United States v. Abraham Nguyen Martin
Cr. No. 04-00322 DAE
Cr. No. 04-00049 DAE
Stipulation To Suspend Electronic Monitoring
While Attending Daughter's Graduation



# Flight Purchase Confirmation

**Portland 6/15/06**
**nwa.com Reservations Confirmation #: M5M8MQ**

| | |
|---|---|
| **1 Adult:** | $548.43 |
| **Taxes/Fees:** | $34.91 |
| **Airline Trip Protector:** | $23.33 |
| **Total Trip Cost:** | $606.67 |
| **Traveler(s):** | **Frequent Flyer Details:** |
| abraham n martin | (add) |

## Departing Flight(s)

| | | | |
|---|---|---|---|
| **Thursday, June 15, 2006**<br>Northwest Airlines Flight #218 | depart | 10:50pm<br>evening | **Honolulu/Oahu Honolulu International Airport (HNL)**<br>Honolulu/Oahu |
| **Friday, June 16, 2006** | arrive | 7:15am<br>morning | **Portland International Airport (PDX)**<br>Portland |

Seat(s): Not Assigned
Meal: Food for purchase
On Time: N/A
Cabin: Economy
Equipment: 753
Duration: 5hr 25min
Approximate Distance: 2602 miles

Total Duration: 5hr 25min
Total Distance: 2602 miles

## Returning Flight(s)

| | | | |
|---|---|---|---|
| **Tuesday, June 20, 2006**<br>Northwest Airlines Flight #217 | depart | 12:34pm<br>afternoon | **Portland International Airport (PDX)**<br>Portland |
| | arrive | 3:12pm<br>afternoon | **Honolulu/Oahu Honolulu International Airport (HNL)**<br>Honolulu/Oahu |

Seat(s): 41A
Meal: Food for purchase
On Time: 70%
Cabin: Economy
Equipment: 753
Duration: 5hr 38min
Approximate Distance: 2602 miles

Total Duration: 5hr 38min