ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

NOTICE TO APPEAL

U.S.A. v. ABRAHAM NGUYEN MARTIN

CRIMINAL NO. 04-00322-01 DAE and 05-00049-01, 02 DAE

MY NAME IS:    ABRAHAM NGUYEN MARTIN

SENTENCING DATE:  DECEMBER 5, 2005

SENTENCING COURT: U.S. COURT, DISTRICT OF HAWAII, NINETH CIRCUIT

PSI LEVEL:  21 :  46 to 57 MONTHS

SENTENCE:   UP 2 LEVELS OR  LEVEL 23 :  57 to 71 MONTHS
            70 MONTHS AS GIVEN BY THE SENTENCING JUDGE


I HEREBY GIVE NOTICE TO APPEAL THIS EXCESSIVE SENTENCE, PROBABLY

WITH MOTION 2255 UNDER 28 USC.


        DATED:   LOMPOC FPC, THIS AUGUST 20TH, 2006



                Abraham Martin
                87158-022
                Federal Prison Camp
                3705 West Farm Road
                Lompoc, CA 93436

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

SANTA BARBARA
CA 931 1 T
22 AUG 2006 PM

ATTN: APPEAL MOTION 2255
28 USC

CLERK, U.S. COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850





Lompoc, August 20, 2006

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 2 4 2006

DISTRICT OF HAWAII

Clerk
U.S. Courthouse
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RE: Appeal the Sentence - USC 28 Section 2255
    USA v. Martin, Criminal No. 04-00322-01 DAE & 05-00049-01,02 DAE

Dear Sir:

My name is Abraham Nguyen Martin, presently incarcerated at FPC
Lompoc since July 10, 2006, date of self-surrender.

I would like to file the 28 USC Section 2255 to the sentencing court,
which is Hawaii.

Please send me all necessary documents and instructions/requirements
to file the Motion 2255, such as any pre-printed forms acceptable to
the U.S. Court in Honolulu, Hawaii. I also need other forms/requirements
to request a court-appointed lawyer and/or federal public defender
for this purpose.

Thank you very much for your prompt attention to this matter and
awaiting your reply at the earliest time possible.

Sincerely,

Abraham Martin
87158-022
Federal Prison Camp
3705 West farm Road
Lompoc, CA 93436

encl: Notice to Appeal