# FEDERAL PUBLIC DEFENDER
### District of Hawaii

Annette M. Metcalf  
Paralegal Specialist

300 Ala Moana Boulevard, Suite 7-104  
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

October 17, 2006

Mr. George Bartels  
United States District Court Clerks Office  
300 Ala Moana Blvd. Room C-304  
Honolulu, Hawaii  96850

Re:  U.S. v. Abraham Nguyen Martin, Cr. No. 04-00322-01 DAE and Cr. No. 05-0049-01 DAE, Release of Mortgage

Dear George:

    This case is closed, and the defendant has surrendered to serve his sentenced. Enclosed are two Release of Mortgage documents in the above referenced cases.  Please have the Clerk sign two originals, and return them to me for recording at the Bureau of Conveyances.

    If you have any questions, please call me at 541-3065.  Thank you for your assistance.

Sincerely,

*[signature]*

ANNETTE M. METCALF  
Paralegal Specialist, Federal Public Defender  
District of Hawaii

Enclosures