PLEA  AGREEMENT

Section 3742(a).  Defendant knowingly waives the right to appeal,
except as indicated in subparagraph "b" below, any sentence
within the maximum provided in the statute(s) of conviction or
the manner in which that sentence was determined on any of the
grounds set forth in Section 3742, or on any ground whatever, in
exchange for the concessions made by the prosecution in this plea
agreement.

14.        a.)  The Defendant also waives his right to
challenge his sentence or the manner in which it was determined
in any collateral attack, including, but not limited to, a motion
brought under Title 28, United States Code, Section 2255, except
that defendant may make such a challenge (1) as indicated in
subparagraph "b" below, or (2) based on a claim of ineffective
assistance of counsel.

4.  ✳        b.)  If the Court imposes a sentence greater than
specified in the guideline range determined by the Court to be
applicable to the Defendant, the Defendant retains the right to
appeal the portion of his sentence greater than specified in that
guideline range and the manner in which that portion was
determined under Section 3742 and to challenge that portion of
his sentence in a collateral attack.

           c.   The prosecution retains its right to appeal
the sentence and the manner in which it was determined on any of

15

EXHIBIT "B"