CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document has been sent, via U.S. Mail, postage pre-paid, on this very date of October 30, 2006, to the following parties, at their last known addresses:

1.  William L. Shipley
    Assistant U.S. Attorney
    300 Ala Moana Blvd., Room 6-100
    Honolulu, Hawaii 96850-5269

2.  Alexander Silvert
    First Assistant Federal Public Defender
    300 Ala Moana Blvd. Suite 7-104
    Honolulu, Hawaii 96850-5269

by placing true copies of the attached Motion, Memorandum and Exhibits A through F, in the Mail Box at Lompoc Federal Prison Camp, California 93436-2756.

FPC LOMPOC,  October 30th, 2006

Abraham Nguyen Martin
Defendant
In Propria Persona

- 11 -