ABRAHAM MARTIN
74-58-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII
U.S. COURTHOUSE, FEDERAL BUILDING
300 ALA MOANA BOULEVARD, SUITE C-338
HONOLULU, HAWAII 96850-5269

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 02 2006
DISTRICT OF HAWAII