## DECLARATION OF ABRAHAM MARTIN

I, the undersigned, do hereby declare, under penalty of perjury, that the following is true to the best of my information, knowledge and belief:

1. My name is Abraham Nguyen Martin, born in 1943 in Vietnam. I have been a resident of Hawaii since June 14, 1967.

2. I am a family man, have wife and two children.

3. I am a degreed civil engineer and a general contractor in Hawaii.

4. I have been a leader, organizer, supervisor and strategist TWICE in my life:

    a) During my time in Vientiane, Laos from 1962 to 1967, I was a CUB MASTER, in charge of some thirty (30) CUB SCOUTS.

    b) In February 2006, I was in charge of taxi drivers at the Honolulu International Airport (approximately 1,100 drivers). I was their leader, organizer, supervisor and strategist to stage a boycott at the Airport, to demand fairness and justice for taxi drivers who are mainly disadvantaged minority-group individuals, being suppressed by Ampco Express, a taxi managing company at the Honolulu International Airport. After their demand being met by Ampco Express, I resigned being their leader, to tend to my own personal obligations.

5. I was introduced to Hung Chi Luu by a fellow named "Hue", at Luu's apartment 503-C, 733 Kinau Street, Honolulu, Hawaii, towards the end of August 2001. I had a friend with me then. A few days later, Linda Thomson, Luu's girl friend, told me Luu had been arrested by HPD at Comp USA on Ala Moana Boulevard, for using a fraudulent credit card, with his name on the card as an authorized user.

6. Hung Luu was an FBI informant then, I was told. He has a dubious past criminal involvement/record in white collar crime(s), a ring leader and a drug user/operator.

7. I hired Luu one time to help me build a detached garage in the University area. He was not dependable since he and Linda smoked ice too much and therefore would sleep a few days without answering the phone.

8. The majority of the government's 711-page discovery contain Luu's crime (stored in his CPU).

9. Discovery pages 000615 through 000619 were a FHB fabrication of evidence to harm the co-defendant Anna Martin.

DATED: Lompoc, CA this 21st day of November 2006

*[signature]*

Abraham Martin