**Abraham N. Martin**
4580 Kilauea Avenue
Honolulu, Hawaii 96816-5014
(808) 737-7354 ♦ (808) 781-5971 Cellular

## CAREER OBJECTIVE

To obtain employment in Civil Engineering/Construction, that will qualify me for a responsible position in a large-scale engineering/construction management.

## EDUCATION

Bachelor of Science    Major: Civil Engineering   Minor: Traffic Engineering
University of Hawaii    Honolulu, Hawaii    December 1971

French high school diploma
Academy of Montpellier    FRANCE      June 1965

## SPECIAL SKILLS

Languages spoken: English, French, Vietnamese, Laotian, and Thai.
Capable in handling legal court pleadings and legal documents in English.

## LICENSES

*Hawaii General Contractor's License*    September 18, 1978 to present
    License # ABC-9365, in General Engineering, General Building and 26 Specialties
*Hawaii Real Estate License*    January 1978

## EXPERIENCE:

**April 18, 1978 to present** — ABRAHAM CONSTRUCTION, INC.    HONOLULU, HAWAII
President, Secretary, and RME (Responsible Managing Employee)
- Organized and conducted contractual transactions and estimations
- Planned and scheduled field operations
- Used cost control & budget skills to obtain optimum profit in construction projects
- Maintained and followed building code regulations and safety regulations in the work environment
- Facilitated and coordinated paperwork and legal matters

**January 8, 1979 to August 24, 1979** — CAWDREY-MARS-GENERAL, JOINT VENTURE    HAWAII
Assistant Superintendent
- Supervised crew members to complete a hi-rise in Makaha, Oahu, Hawaii
- Assisted the project architect/engineer in design deficiency problems, formwork detailing, work scheduling, concrete ordering, quality control, coordination of sub-contractors, cost control, and conducted layout work

**April 10, 1978 to January 5, 1979** — SWINERTON and WALBERG BUILDERS    HAWAII
Layout Engineer
- Interpreted architectural blueprints and corrected deficiencies in design drawings
- Provide structural layout in the field and detailed drawings for field crews.
- Designed and set up vertical control system for a 44-story concrete hotel-condo hi-rise in Waikiki.

**February 1, 1978 to April 7, 1978** — ONAGA TRUCKING, INC    HONOLULU, HAWAII
Earthwork & Demolition Superintendent
- Controlled a heavy construction crew in demolition and excavation work (mass and structural)
- Estimating various concrete, earthwork and demolition projects for bidding.
- Handle all paperwork in government contracts.

EXH "A" (2 pages)

| | | |
|---|---|---|
| March 22, 1976 to January 25, 1978 | **SWINERTON AND WALBERG BUILDERS**<br>**Field Engineer/Assistant Superintendent** | **HAWAII** |

- Check and verify contract drawing dimensions for discrepancies.
- Responsible for structural layouts
- Designed and set-up method for vertical control by optical plummet instrument of a 41-story condominium hi-rise
- Perform quality control work on two methods of concrete forming involving slipform and conventional form.
- Plan detailing for field crews
- Provided answers to field crews concerning details of contract drawings and "how to build"
- Assist superintendent in all paperwork and reports
- Handled concrete orders for the entire project
- Perform quality control and utilized cost control skills

| | | |
|---|---|---|
| July 15, 1974 to January 27, 1976 | **DMA/PACIFIC, JOINT VENTURE**<br>Field Engineer & Assistant General Superintendent | HAWAII |

- Field engineering planning for handling of groundwork & pile driving operations at the Discovery Bay Condominium project in Waikiki
- In charge of concrete quantity takeoffs and ordering
- In charge of the foundation phase and its progress schedules
- Design & detail formwork and lumber takeoffs for mass-ordering.
- In charge of all surveying, layout and vertical control for the 42-story, twin-tower concrete structures, also and 11-story adjacent parking garage.
- Detailing: translate contract drawings into complete working detailed sheets for actual construction in the field by foremen, superintendents after ironing out contract plan discrepancies with the design architects and engineers.

| | | |
|---|---|---|
| November 26, 1973 to July 15, 1974 | **ISEMOTO CONTRACTING COMPANY, LTD**<br>Engineer & Assistant General Superintendent | HAWAII |

- Responsible for starting off projects, mass and structural excavation.
- Calculated grades, initial surveying and layout for various projects.
- Assumed Project Engineer and Project Superintendent role for projects dealing with groundwork such as drainage, sewer lines, water lines, roads, parking lots, etc

| | | |
|---|---|---|
| January 2, 1972 to November 15, 1973 | **GLENN CONSTRUCTION**<br>Field Engineer & Assistant Superintendent | HILO, HAWAII |

- In charge of layout work in the field, working crew and time sheets
- Functioned as Field Engineer working with design Architect and Engineer
- Clarified and corrected contract plan discrepancies
- Formwork design and lumber takeoffs
- Concrete takeoffs and ordering
- Contract field paperwork

2