(RETYPED FOR CLARITY AND LEGIBILITY)

August 31, 2004

(Stamp received 9/02/04
by U.S. Attorney's Office)

Mr. William L. Shipley. Esq.
Assistant U.S. Attorney

RE:  Cr. No. 04-00322-01 DAE

Dear Mr. Shipley:

  First of all, my congratulations on your magnificent display of fireworks today in court, which shadowed Mr. Domingo, my federal defender.

  Your allegations are to be disputed and I need freedom to do research to fight for JUSTICE, for my own skin. It'll be revealed later that your allegations should be directed to the man that the government has been protecting, the man who can perform all types of white collar crime(s), and that man is definitely NOT me. I might me a victim, let's say. I can help the government towards identification of men of this type, as I've helped the FBI with an insurance fraud case involving 2 million dollars. I'm still working on retrieving the "secret file" which military men lost in Waimea Beach in 2002.

  I am hereby requesting you a chance to defend myself Pro Se, by letting me go this Friday morning, by the terms of the Pre-Trial Services recommendations 8/31/04. For this, I sincerely thank you from the bottom of my heart. I've been in Hawaii since 1967 and SHALL NOT move away from Hawaii, especially my wife has been sick, stricken with Diabetes Type I; and seeing her today in Court, my tears could not be held back, running down my cheeks. She needs my assistance in her sickness, and I must perform my duties towards her, whom I vowed to love until we both die.

  Hope you will grant me this particular request, and I'll work even harder to help the FBI fight terrorism.

  Sincerely yours,

  signed: Abraham Martin

ABRAHAM NGUYEN MARTIN
87158-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

P.S. If possible I would like to meet you personally to discuss issues of common interest.

(RETYPED FROM HAND-WRITTEN LETTER FROM THE FDC HONOLULU, HAWAII)

EXH "B"