## THE STORY OF HUNG CHI LUU
## THE REAL <u>GRAND MASTER CRIMINAL</u> AND INFORMANT IN MY CASE

**Hung Chi Luu,** or often called LUU, or Luu Chi Hung in Vietnamese, was born on January 31, 1959 in Saigon (now Ho-Chi-Minh City), Vietnam. He was sort of abandoned by his parents during childhoon, enduring weather-beaten and street-roughened life. His mother then married an American soldier and came to America. Mrs. Scalone, her new name, settled in Lafayette, Louisiana with her new husband. Over the sense of guilt, she sponsored her son Luu to the United States, approximately in 1981. Being a hooligan, thief, gangster ... all his life, and used to a totally free day-by-day living type of life, Luu ran away from home, hating his new step father whom he did not get along with, and after some short schooling in Lafayette, Louisiana.

Starting off in Houston, Texas, Luu joined a gang of six, making it a seven-member gang, which zeroed in on white collar crime(s). With varied backgrounds and multiple tricks acquired in Vietnam, the seven young men were good at what they were doing, and it came so easy for them, from mail theft, ID theft, wire fraud, bank fraud, access device fraud, check forging and counterfeit checks, etc ... Deceptive devices, scams, schemes to defraud .... you name it, they could handle it. And of course, they were involved with controlled substances, mainly cociane. Luu himself went to rehab at one time, but got right back to the habit. His wife Quyen and son Jimmy were suffering. The gang was making too much money, dirty money. It burned money in bars, night clubs ... too much money to be burned ... net catch was more than 4 figures per day. Luu bragged that he had paid off his mother's mortgage with this illegal money, and even more than enough money to buy her a convenience store. One one occasion, the gang was able to cheat an Asian store owner by selling him fake counterfeit money pens, then it would come in with counterfeit money to purchase large supply of merchandise, liquor and food. Counterfeit checks were cashed at many stores, such as 711's, gas stations, etc ... It was just too easy for these young men to turn counterfeit payroll checks into big cash. And the more money pouring in, the more lavishly the gang would burn it. Another instance would be the gang would hide expensive items in boxes and hauled out from Costco's or Sam Club's ... and came back into the store with the receipt and claimed another batch of merchandise. Very clever and tricky, isn't it?

The seven thugs finally drew big heat from the Feds who set up traps at a night club they frequently came in to enjoy themselves. The time had come for them, and the whole gang, already grown to 21 strong, was arrested. Their territory had been expanded to other states at that time. Luu himself served 5 years in various federal prisons, and 1½ years detained by the Immigration and Naturalization Service.

Shortly after release in California, Luu came to Hawaii, approximately in 1996, with FBI special agent Yung (?), staying with an ex-con named Vinh, an employee of Far Easter Garden Chinese Restaurant in Waialae Avenue (which owned another restaurant in Pearl Ridge also). Luu was heavy on "coke" and so was Vinh. Things did not go well between the two drug addicts and Luu had to move out. With only $5.00 left in his pocket, Luu had to think fast, making a "dash" for big bucks. He snatched a gold Rolex watch from a Waikiki store and sold it for $5,000.00 (the watch probably worth at least $18,000.00) cash, probably to the owner of AAA Pawn Shop (or Pacific Pawn) located across from

EXH "C"   (2 pages)

Case 1:04-cr-00322-DAE    Document 81-6    Filed 11/24/2006    Page 2 of 2

The Story of Hung Chi Luu
Grand Master Criminal
page 2

the McCully Shopping Center on Kapiolani Boulevard. With this start-off money, Luu could afford hotel now, and big bucks had to be made to support his cocaine habit, which he claimed cost him $1,000.00 a day, by any means at all: mail theft, ID theft, credit card via internet, internet purchase, burglary, robbery, etc ... (see HPD reports). Then he ran into Linda Thompson, an old friend in California and a parasite in Chinatown gambling dens. The couple settled in Olokele Street (off Date Street), then Univeristy Avenue, then Kinau Street, the Piikoi Street ..... All sorts of crimes were committed by Luu at each of these addresses: mail theft, ID theft, bank fraud, wire fraud, access device fraud ..... Records from Dell, Gateway Computers, AOL Online Purchase, cell phone companies, various banks ... would attest to the fact that Luu, using various names of other people, is an expert and master criminal in various crimes. Tons of merchandise were shipped to these addresses and other accomplices's addresses by Fed-Ex, UPS, USPS .... under all different names.

Luu used to have many criminals flock to his apartment(s) daily, and these people trusted him, bringing him ID theft information, stolen credit cards, personal information, checks, etc ... and they committed crime together. Luu was definitely their leader, organizer of all criminal activities. He knew what he was doing, and has been doing it for around 25 years or so. His skills were of course complimented and enhanced by other members of the original gang back in Houston, Texas. An old gang member named Quan, now living in San Diago and owner of two or several computer stores, was still in touch with Luu and helped him out with a CD solfware to print counterfeit checks. Quan was not arrested along with the gang, since he fell in love with a church choir girl and split out before the arrest. In Hawaii alone, Luu has entrapped several people into wire fraud and bank fraud, such as a half-bred male named Michael (?) boy friend of a female named Jene (?) when they were at 1660 Piikoi Street, and the landlord happens to be Mr. Lim Kwon, ex-judge, ex-lawyer, ex-movie star (Hawaii Five-O). Luu showed Michael how to open a checking account with City Bank on McCully Street, under the name of either "Speedy Painting" or "Precision Painting", and Michael had to go steal mail at night. Then Luu would print out counterfeit checks using his friend Quan's solfware. Michael would deposit these checks, and when cleared, Michael would go in the bank and cash them, split with Luu 50/50 waiting in the car at the parking lot. Luu bragged that he made $6,000.00 from this deal, when City Bank refused to take in deposits from Michael and foze the account, after $12,000 payment (loss) to him. Another person entrapped by Luu was Cuc Nguyen, who claimed to have lost some $10,000.00 due to bank backcharges. The same trick Luu did to this lady. Probably many other people were deceived by Luu with this crime.

Very hard to find a person who is so good at what he does, especially he can repair, fix and build computers himself. Many island criminals brought their computers for Luu to fix or up-grade.

In Short, Luu has inflicted hundreds of victims, vulnerable or not, since he has no heart, causing damages in millions of dollars, for the past 25 years. He is a heavy drug addict and also a drug dealer, along with his girl friend Linda Thompson. FBI special agent Sam Mum and myself tried to convert him into a new leaf, but to no avail. Luu was born to be a traitor, betrayer.

ACCOUNT

NOTE: THE ABOVE    /    WAS WRITTEN ACCORDING TO GATHERED INFORMATION, CONVERSATIONS WITH LUU, HIS GIRL FRIEND LINDA THOMPSON, JANE NGUYEN, OTHERS, AND HPD REPORTS.

- 2 -