## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document has been sent this very date, by dropping it in the FPC Lompoc mailbox, postage pre-paid, to the following party at his last known address:

>William Shipley
>Assistant U.S. Attorney
>300 Ala Moana Blvd., Room 6-100
>Honolulu, Hawaii 96850

FPC LOMPOC, CA this 21st day of November 2006

>_[signature]_
>_____
>Abraham Nguyen Martin
>Defendant
>In Propria Persona

Address:

FPC Lompoc
3705 West farm Road
Lompoc, CA 93436-2756