ABRAHAM NGUYEN MARTIN
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

In Pro Se Petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2007

at 3 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII   CR 04-322 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV. NO. CV06 00629 DAE-LEK |
| Plaintiff, ) | DEFENDANT'S AMENDMENT TO MOTION UNDER 28 U.S.C. § 2255; REQUEST |
| vs. ) | FOR MODIFICATION OF THE PRESENTENCE REPORT; EXHIBIT "D"; |
| ABRAHAM NGUYEN MARTIN ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |

AMENDMENT TO MOTION UNDER 28 U.S.C. § 2255

COMES NOW, Abraham Martin, in pro se petitioner, and hereby respectfully submits to this Honorable Court amendments to his Motion under 28 U.S.C. § 2255, pursuant to Federal Civil Judicial Procedure and Rules, Rule 15(a). Defendant also requests that this Honorable Court order the U.S. Probation Office to correct the Presentence Investigation Report as completed in November 2005 in accordance with the new factual analysis detailed in Exhibit "D" herewith attached, to achieve Fairness and Justice in the court system.

DATED: Lompoc, California   24 January 2007

_____
Abraham Martin
Pro Se Petitioner