## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been mailed to the following parties, postage-prepaid, via U.S. Mail, at their last address, by dropping the envelope into the Lompoc FPC Mailbox located at 3705 West Farm Road, Lompoc, CA 93436-2756:

1. WILLIAM SHIPLEY
   Assistant United States Attorney
   PJKK Federal Building
   300 Ala Moana Boulevard, Room 6100
   Honolulu, Hawaii 96850

   Attorney for Plaintiff
   UNITED STATES OF AMERICA

2. ELLIE ASASAKI
   Senior U.S. Probation Officer
   U.S. Courthouse
   300 Ala Moana Boulevard, Room C-126
   Honolulu, Hawaii 96850

DATED: Lompoc, California 24 January 2007

_____
Abraham Martin
Pro Se Petitioner