ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2007

at 3 o'clock and 55 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ABRAHAM NGUYEN MARTIN,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. NO. 06-00629 DAE/LEK<br>CR. NO. 04-00322 DAE<br>CR. NO. 05-00049 DAE<br><br>MOTION FOR ORDER FINDING<br>WAIVER OF ATTORNEY-CLIENT<br>PRIVILEGE WITH RESPECT TO<br>DEFENDANT'S MOTION UNDER<br>28 U.S.C. § 2255 TO VACATE,<br>SET ASIDE, OR CORRECT<br>SENTENCE BY A PERSON IN<br>FEDERAL CUSTODY; MEMORANDUM<br>OF LAW; DECLARATION OF<br>COUNSEL; PROPOSED ORDER;<br>CERTIFICATE OF SERVICE |

MOTION FOR ORDER FINDING WAIVER OF
ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S
MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

The United States of America, by its undersigned counsel, hereby moves this Court to issue the appended proposed Order Finding Waiver of Attorney-Client Privilege with Respect to

Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

This motion is based upon the appended Memorandum of Law and Declaration of Counsel, and the record and files of this action, and the underlying criminal proceeding.

DATED: _3/21/07_____, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney