CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person by: [ ] hand delivering; [X] mailing said document on or about the date of filing:

    Abraham Nguyen Martin
    Federal Prison Camp
    Prisoner's No. 87158-022
    3705 West Farm Road
    Lompoc, CA  93436

    Pro Se

DATED:  Honolulu, Hawaii, March 21, 2007.

*Gloria Parker* (signature)