cc: DAE

ABRAHAM MARTIN
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

IN PRO SE DEFENDANT

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 2 2007

at 1 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. 06-00629 DAE/LEK |
| ) | CR. NO. 04-00322 DAE |
| Plaintiff, ) | CR. NO. 04-00049 DAE |
| ) | |
| vs. ) | MOTION FOR PROTECTIVE ORDER |
| ) | WITH RESPECT TO WAIVER OF |
| ABRAHAM NGUYEN MARTIN, ) | ATTORNEY-CLIENT PRIVILEGE |
| ) | REGARDING MOTION 2255; |
| Defendant. ) | MEMORANDUM; DECLARATION OF |
| ) | ABRAHAM MARTIN; PROPOSED ORDER; |
| ) | CERTIFICATE OF SERVICE. |

MOTION FOR PROTECTIVE ORDER

COMES NOW, Abraham Martin, defendant in propria persona, hereinafter "Martin", and hereby submits to this Honorable Court his Motion for **PROTECTIVE ORDER** with respect to waiver of attorney-client privilege concerning his Motion under Title 28 U.S.C. § 2255 to Vacate, Set aside, or Correct Sentence by a person in federal custody.

This Motion is predicated upon the record and files herein, Martin's previous Motions and Amendment to Motion 2255, Memorandum in support of Motion and Declaration of Abraham Martin.

DATED: Lompoc, CA    March 30,    2007

Respectfully submitted,

_[signature]_

Abraham Nguyen Martin
Defendant
In Propria Persona