IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIV. NO. 06-00629 DAE/LEK |
| | ) CR. NO. 04-00322 DAE |
| Plaintiff, | ) CR. NO. 05-0049 DAE |
| | ) |
| vs. | ) ORDER GRANTING PROTECTIVE ORDER |
| | ) FROM WAIVER OF ATTORNEY-CLIENT |
| ABRAHAM NGUYEN MARTIN | ) PRIVILEGE WITH RESPECT TO |
| | ) DEFENDANT'S MOTION UNDER 28 U.S.C. |
| Defendant. | ) § 2255 TO VACATE, SET ASIDE, OR |
| | ) CORRECT SENTENCE BY A PERSON IN |
| _____ | ) FEDERAL CUSTODY. |

## ORDER GRANTING PROTECTIVE ORDER

The United States government filed, on March 21, 2007, a Motion for Order Finding Waiver of Attorney-Client Privilege with respect to defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. The Order was granted by the District Court on March 23, 2007, signed by the Honorable David Alan Ezra, District Court Judge.

Defendant Abraham Martin has moved this Court to issue the **PROTECTIVE ORDER** precluding use of the privileged materials for any purpose other than litigating the Federal Habeas Petition, and barring the Attorney General from turning them over to any other persons or offices, including, in particular, law enforcement or prosecutorial agencies, as a matter of law.

Good cause appearing therefor, it is hereby ORDERED that a **PROTECTIVE ORDER** is granted to the defendant as to the waiver of attorney-client privilege with Mr. Michael Weight.

DATED:  Honolulu, Hawaii, _____

_____
DAVID ALAN EZRA
United States District Judge