CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing document was duly served upon the following party at his last known address, by handing the envelope to the assigned Bureau of Prisons official at Lompoc Federal Prison Camp, CA. this date.

        WILLIAM L. SHIPLEY
        Assistant U.S. Attorney
        Room 6100, PJKK Federal Building
        300 Ala Moana Blvd., Box 50183
        Honolulu, Hawaii 96850

DATED: Lompoc, California  March 30, 2007

_____
Abraham Martin