

ABRAHAM MARTIN
87158-022
FEDERAL PRISON CAMP
3705 WEST FARM ROAD
LOMPOC, CA 93436-2756

LEGAL MAIL

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM 338
HONOLULU, HI 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
APR 02 2007
1:30pm
DISTRICT OF HAWAII