ORIGINAL

ABRAHAM MARTIN
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

Pro Se Defendant/Appellant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2007

at __11__ o'clock and __30__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV. NO. 06-00629 DAE/LEK |
| | ) | CR. NO. 04-00322 DAE |
| Plaintiff/Appellee, | ) | CR. NO. 05-00049 DAE |
| | ) | |
| vs. | ) | MOTION TO REQUEST FOR **TIME** |
| | ) | **SCHEDULE ORDER** WITH RESPECT |
| ABRAHAM NGUYEN MARTIN, | ) | TO MOTION UNDER 28 USC §2255 |
| | ) | TO VACATE, SET ASIDE, OR |
| Defendant/Applellant, | ) | CORRECT SENTENCE BY A PERSON |
| | ) | IN FEDERAL CUSTODY |

------------------------------------

MOTION TO REQUEST FOR **TIME SCHEDULE ORDER**

COMES NOW, Abraham Martin, hereinafter "Martin", in propria

persona, and hereby respectfully submits to this Honorable Court

his Motion to request for **TIME SCHEDULE ORDER** with respect to his

Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

Sentence by a Person in Federal Custody, filed on November 24, 2006.

This Motion is brought forward pursuant to Rule 4 and Rule

5 of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED

STATES DISTRICT COURTS, and predicated on the files and records

herein, and Title 28 U.S.C. § 2255 which states:

> " Unless the motion and the files and records
> of the case conclusively show that the
> prisoner is entitled to no relief, the court
> **shall** cause notice thereof to be served upon
> the United States attorney, **grant a prompt**

**hearing** thereon, determine the issues and make findings of fact and conclusion of law with respect thereto. ............. "

and Certificate of Service herewith appended.

DATED:  Lompoc, California  this  2nd April 2007

Respectfully submitted,

_____
Abraham Nguyen Martin
Defendant/Appellant
In Propria Persona

- 2 -

CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that a true copy of the foregoing document has been sent this date, via U.S. mail, postage pre-paid, to the following party at his last known address:

        WILLIAM L. SHIPLEY
        Assistant U.S. Attorney
        300 Ala Moana Blvd., Rm 6100
        Honolulu, HI 96850

by handing the envelope to a Bureau of Prisons officer in charge of legal mail at Federal Prison Camp, Lompoc, California.

     DATED:  Lompoc, CA  this  April 2nd,  2007

_____
Abraham Martin