LEGAL MAIL

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HI 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
APR 0 4 2007
11:30 am
DISTRICT OF HAWAII