# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ABRAHAM NGUYEN MARTIN,<br><br>Defendant - Appellant. | No.  06-10671<br>D.C. No.  CR-04-00322-DAE<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2007

at ____ o'clock and ____ min ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 03/19/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 1 0 2007

by: _____
Deputy Clerk