**FILED**

UNITED STATES COURT OF APPEALS

**MAR 19 2007**

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ABRAHAM NGUYEN MARTIN,<br><br>Defendant - Appellant. | No. 06-10671<br><br>D.C. No. CR-04-00322-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: CANBY, TROTT and FISHER, Circuit Judges.

A review of the record indicates that the district court entered its judgment on February 14, 2006. The notice of appeal was not filed until August 24, 2006. Accordingly, we dismiss this appeal as untimely. *See* Fed. R. App. P. 4(b)(1)(A); *United States v. Houser*, 804 F.2d 565, 569 (9th Cir. 1986) ("The notice of appeal in a criminal matter must be filed within ten days after the entry of judgment.").

**DISMISSED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 10 2007

by: _____
Deputy Clerk

MOATT