


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

April 10, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 12
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-10671 | USA v. Martin | CR-04-00322-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Entry of Dismissal*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Candace Permillion
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
Proceedings include all events.
06-10671 USA v. Martin

UNITED STATES OF AMERICA              William L Shipley
      Plaintiff - Appellee            FAX 808/541-2958
                                      808/541-2850
                                      Room 6-100
                                      [COR LD NTC aus]
                                      USH - OFFICE OF THE U.S.
                                      ATTORNEY
                                      PJKK Federal Building
                                      300 Ala Moana Blvd.
                                      P.O. Box 50183
                                      Honolulu, HI 96850


     v.

ABRAHAM NGUYEN MARTIN                  Abraham Nguyen Martin
      Defendant - Appellant            #87158-022
                                       [COR LD NTC prs]
                                       FPCL - FEDERAL PRISON CAMP
                                       (LOMPOC)
                                       3705 W. Farm Rd.
                                       Lompoc, CA 93436
```

----------------------------------------------------------

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
P.O. Box 50129
Honolulu, HI 96850

----------------------------------------------------------

ca
06-10671