EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 28 2005

at 3 o'clock and 1 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ABRAHAM NGUYEN MARTIN,<br>Defendant. | CR. NO. 04-00322-01 DAE<br><br>GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE<br><br>Date: December 5, 2005<br>Time: 2:15 p.m.<br>Judge: David A. Ezra |

GOVERNMENT'S SENTENCING STATEMENT

The United States respectfully submits this Sentencing Statement in response to the draft Presentence Report prepared by the United States Probation Office.

The United States has no objections or comments regarding Part A.

The United States believes two guideline enhancements should apply - a three (3) level enhancement under § 3A1.1 for "Vulnerable Victim", and a four (4) level enhancement under



§ 3B1.1 for being an organizer or leader of criminal activity that was extensive.

1. "Vulnerable Victim"

The government requests that the Court and Probation Officer consider the circumstances of victim Adelaida Soleta, who was a resident of the same apartment building of Luu. Ms. Soleta is an elderly lady who lives alone, and who because of her age was unable to attend to her own financial affairs. Ms. Soleta is assisted in this regard by friends and family. The defendant and Luu knew of her condition, and took advantage of it by compromising both her bank and credit accounts while knowing that their conduct would likely go undiscovered by her, and would not be discovered until a care giver had the opportunity to closely inspect the various bank and credit account statements. The government will provide the Probation Officer with more specific information about Ms. Soleta following the submission of this statement.

2. Leadership Role

The "extensive" nature of the defendant's criminal activity is evident from the description of the transactions engaged in by the defendant as set forth in the offense conduct section of the report.

Because the defendant in large measure directed the activities of both Luu and the defendant's wife, co-defendant

Anna Martin, a four level enhancement for leadership should apply.

DATED: October 28, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By ______________________
WILLIAM L. SHIPLEY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following persons by: [x] hand delivering; [ ] mailing said document on or about the date of filing:

MICHAEL A. WEIGHT
Assistant Federal Public Defender
300 Ala Moana Blvd., Room 7-104
Honolulu, HI 96850
Attorney for Defendant
ABRAHAM NGUYEN MARTIN

ELLIE ASASAKI
Senior U.S. Probation Officer
Rm. C-110, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

DATED: Honolulu, Hawaii, October 28, 2005.

Gloria Parker