**EXHIBIT "E" TO BE PROVIDED LATER**