FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/18/2003

On 02/15/2003, Acting Supervisory Special Agent (ASSA) Lawrence J. Futa was contacted by Assistant United States Attorney (AUSA) J. Michael Seabright. AUSA Seabright advised U.S. Secret Service had executed a search warrant for a credit card fraud investigation at a residence located in the Kahala area of Honolulu. During the execution of the warrant they discovered what appeared to be an illegal video copying operation. AUSA Seabright provided the telephone number for Secret Service Special Agent (SA) Joseph Roberts, who is the case agent for the investigation.

At approximately 5:00 p.m., ASSA Futa, contacted SA Roberts. SA Roberts advised that U.S. Secret Service Agents had executed a search warrant for a credit card fraud investigation at 4580 Kilauea Avenue, Honolulu, Hawaii 96816. During the execution of the warrant U.S. Secret Service Agents discovered what appeared to be an illegal video copying operation.

Upon being advised of the illegal video operation, SA Pickard went to the residence. SA Pickard observed in plain view what appeared to be an operation of illegal reproduction of videos. Given the large quantity of evidence in plain view and logistical constraints such as man power and lack of daylight the determination was made to protect the evidence and execute the seizure on daylight hours of the next day.

At approximately 11:00 p.m., Special Agents Karl F. Swenson and Lynelle C Torikai arrived at the residence.

At approximately 11:40 p.m., U.S. Secret Service Agents departed the residence. SAs Swenson and Torikai remained at the residence to protect the evidence until the seizure of evidence during daylight hours the next day.

At approximately 12:54 a.m., SAs Swenson and Torikai permitted Alan Martin to retrieve a telephone charger at the residence. Alan Martin departed the residence at approximately 12:57 a.m.

---

Investigation on  02/16/2003    at  Honolulu, Hawaii

File #  295C-HN-17682                                    Date dictated  Not dictated

by  SAs Anthony Pickard:ap; Timothy Beam; James D. Brown III; Stephen E. Crist; William S. Denson; Jennifer J. Frasch; Lawrence J. Futa; Michael C. Heaton; M. D. McDonald; Jeffery Pfeiffer; Karl F. Swenson; Lynelle C. Torikai

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



EXHIBIT F

000000497

FD-302a (Rev. 10-6-95)

295C-HN-17682

Continuation of FD-302 of  __Seizure of evidence__  , On 02/16/2003 , Page  2

    At approximately 12:58 a.m., SAs Swenson and Torikai permitted David M.S. Hebert to get a change of clothes at the residence. David M.S. Herbert departed the residence at approximately 1:05 a.m.

    On 02/16/2003, at approximately 6:30 a.m., SA Anthony Pickard arrived at the residence. SAs Swenson and Torikai departed the residence at approximately 7:00 a.m.

    At approximately 7:00 a.m., 02/16/2003, the residence was photographed by SA Stephen E. Crist prior to the seizure of evidence in plain view. A photograph log and sketch of the residence were maintained by SA Jennifer J. Frasch.

    At approximately 7:15 a.m., the seizure of evidence in plain view initiated.

    Federal Bureau of Investigation (FBI) Agents obtained the following items to include components of a videotape reproduction operation, which were in plan view at the residence 4580 Kilauea Avenue, Honolulu, Hawaii 96816:

    Sixty six (66) boxes of videotapes
    One hundred seventy seven (177) video cassette recorders
    Eleven (11) televisions
    Ten (10) DVD/other video players
    Nine (9) boxes of instrumentalities of video tape reproduction
    One (1) box of other items related to video tape reproduction
    One (1) color copier

    FBI Agents strived to obtain the copies of the videotapes and leave original videotapes. Each videotape was not verified to be "bootleg" on the scene due to time and manpower constraints, and the comingling of original and copied videotapes.

    All evidence was photographed prior to collection at the scene. SA Pickard maintained custody and control of all evidence collected in plain view.

    At approximately 11:30 a.m., the seizure of evidence in plain view was completed. Exit photographs were taken and all agents exited the residence.

000000498

FD-302a (Rev. 10-6-95)

295C-HN-17682

Continuation of FD-302 of __Seizure of evidence__ , On 02/16/2003 , Page 3

    A property receipt listing the items seized, were left inside the residence prior to the residence being secured by FBI personnel.

    The Evidence Recovery Log, Photographic Log, Diagram/Sketch, Receipt of Property are maintained in the 1A Section of the investigative case file.

000000499