ABRAHAM N. MARTIN
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

IN PRO SE APPELLANT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 7 2007

at /2 o'clock and /0 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV. NO. CV06-00629 DAE/LEK |
| | CR. NO. 04-00322 DAE |
| Plaintiff/Appellee, | CR. NO. 05-00049 DAE |
| vs. | MOTION FOR APPLICATION TO PROCEED IN FORMA PAUPERIS WITH RESPECT TO |
| ABRAHAM NGUYEN MARTIN, | FILED MOTION UNDER 28 U.S.C. § 2255; DECLARATION OF ABRAHAM |
| Defendant, Appellant. | MARTIN; CERTIFICATE OF SERVICE. |

**MOTION FOR APPLICATION TO PROCEED IN FORMA PAUPERIS**

COMES NOW, Abraham Martin, appellant pro se in the above-entitled civil case, hereinafter "Martin", and hereby respectfully submits to this Honorable Court his Motion for Application to Proceed in **Forma Pauperis** with respect to his filed Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence for a Person in Federal Custody.

This motion is predicated on the files and records herein, Martin's presented evidence of indigence in his Motion for Appointment of Counsel, ORDER denying Martin's Motion for Appointment of Counsel, Martin's Declaration and any forthcoming proceedings in this action.

DATED:  Lompoc, California   April 18th, 2007

Respectfully submitted,

_____
Abraham Martin
Pro Se Appellant

- 2 -