## DECLARATION OF ABRAHAM MARTIN

I am Abraham Martin, appellant pro se, do hereby declare, under penalty of perjury, that the following is true to the best of my knowledge, information and belief:

1. I am an indigent defendant and appellant in the aforesaid criminal and civil cases.

2. I was represented by Federal Public Defender(s) throughout the criminal proceedings, due to my indigence.

3. On February 1, 2007 the district court denied my motion for appointment of counsel. I am therefore compelled to carry on the appeal (Motion 2255) pro se.

4. I do not have any tangible or intangible assets. If any, they are of minimal value or no value.

5. I am not employed, being in federal custody, performing involuntary servitude.

6. For my hard labor work, the Bureau of Prisons pays me an average of $17.00 monthly.

7. My restitution is $25.00 every quarter, or $8.33 per month.

8. The cost of ribbon, correction tape (averaging ¢10 per sheet) and xerox (¢15 per sheet) and postage has placed a tremendous monetary hardship on me in my appeal.

9. My sick wife, Anna Martin, depends on me for support and care, which I cannot provide any due to my present incarceration.

10. Because of my poverty, I am unable to pay the costs of the appeal proceedings (fees, cost or security therefor) and I believe I am entitled to relief.

DATED: Lompoc, California   April 18th, 2007

Abraham Martin