IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. CV06-00629 DAE/LEK |
| ) | CR. NO. 04-00322 DAE |
| Plaintiff/Appellee, ) | CR. NO. 05-00049 DAE |
| ) | |
| vs. ) | **ORDER GRANTING APPLICATION** |
| ) | **TO PROCEED IN FORMA PAUPERIS** |
| ABRAHAM NGUYEN MARTIN, ) | |
| ) | |
| Defendant/Appellant. ) | |

O R D E R

Defendant Abraham Nguyen Martin has submitted his Motion for Application to Proceed in **Forma Pauperis** before this Court, and the Court being duly advised of good cause thereof, it is therefore:

ORDERED AND ADJUDGED that the Defendant's Motion for Application to Proceed in Forma Pauperis is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

DATED: _____

_____
United States District Judge