CERTIFICATE OF SERVICE

I, the udnersigned, hereby certify that a true copy of the foregoing document has been sent, via U.S. mail, postage pre-paid, on this date of April 18, 2007, to the following party at his last known address:

>William L. Shipley
>Assistant U.S. Attorney
>300 Ala Moana Blvd., Room 6-100
>Honolulu, Hawaii 96850-5269

by handing the envelope to a Bureau of Prisons officer in charge of legal mail at Lompoc Federal Prison Camp, California.

DATED:   Lompoc, CA    April 18, 2007

_____
Abraham Martin