Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

April 18th, 2007

Clerk
United States District Court
District of Hawaii
300 Ala Moana Blvd., Rm C-338
Honolulu, Hawaii 96850-0338

RE: Request for set of district court RULES and Forma Pauperis.

Dear Clerk:

    Now that I have to carry the appeal through motion 2255 by myself, I will appreciate it very much if you could send me a set of court rules from Hawaii.

    These court rules will come in handy when doing the court pleadings/motions/answers. They will certainly assist me to understand what rules the court and/or the prosecutor are talking about.

    I am requesting to proceed in **Forma Pauperis**, since I can't pay any fees/cost/security in doing the appeal **pro se**.

    Thank you for your kind assistance in this matter.

Sincerely,

Abraham Martin

Martin
2
Prison Camp
Farm Road
CA 93436-2756

APR 18 2007



SANTA BARBARA CA 931  APR 18




LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850-0338

RECEIVED
CLERK U.S DISTRICT COURT
12:10pm
APR 27 2007
DISTRICT OF HAWAII


