IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 06-00629 DAE-LEK |
| | ) | CR. NO. 04-00322 DAE |
| Respondent/Plaintiff, | ) | CR. NO. 05-00049 DAE |
| | ) | |
| vs. | ) | |
| | ) | |
| ABRAHAM NGUYEN MARTIN, | ) | |
| | ) | |
| Petitioner. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S IN FORMA PAUPERIS
MOTION AS MOOT

On April 27, 2007, Petitioner filed an In Forma Pauperis Motion for

his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 18 U.S.C § 2255.

Motions under § 2255 do not require a filing fee. Therefore, Petitioner's In Forma

Pauperis Motion is denied as moot.

For the reasons stated above, the Court DENIES Petitioner's Motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 1, 2007.

_____
David Alan Ezra
United States District Judge