## DECLARATION OF ABRAHAM MARTIN

I, the undersigned, do hereby declare, under penalty of perjury, that the following is true to the best of my information, knowledge and belief:

1. I am Abraham Nguyen Martin, born in 1943 in Vietnam. I have been a resident of Hawaii since June 14, 1967.

2. I am a family man, have wife and two children.

3. I am a degreed civil engineer and a general contractor in Hawaii.

4. I have been a leader, manager, organizer and strategist ONCE in Honolulu, Hawaii, during the period of January to March 2006. I was in charge of all taxi drivers (approximately 1,100) at the Honolulu International Airport to stage a boycott at the airport, to demand fairness and justice for taxi drivers who are mainly disadvantaged minority-group individuals, being suppressed by Ampco Express, a taxi managing company at the Honolulu International Airport. After their demand being met by Ampco Express, I resigned being their leader, to tend to my own personal obligations.

5. I held a minor role in the offenses charged. Luu was the ring leader, manager, supervisor of approximately 50 criminals in Hawaii. He gave me the access checks and gave me directions and instructions how to use them. Luu also entrapped other people in the same scheme. Luu's territory was once on the U.S. Mainland.

6. Luu also instructed me to use his fraudulent credit cards, and I gave him the jewelries purchased, for his girl friend Linda Thompson.

7. The majority of the government's discovery contain Luu's fruits of crime, stored in his CPU, which the FBI kept for 4 months in 2002, according to Luu's girl friend and Luu himself. Luu was incarcerated at the OCCC then, for bank fraud.

8. Luu's last known address was at 1660 Piikoi St., Apt. "H" and his landlord is Mr. Lim Kwon, ex-judge, ex-lawyer, and ex-movie star (Hawaii Five-O)

9. Luu always had, at any one time, at least 5 fraudulent credit cards to use. He is an expert on computer and in white collar crime(s).

10. Discovery pages 000615 through 000619 were a FHB fabrication of evidence.

11. I owned the lease at 185 N. King, Honolulu, HI and Thu Thi Do owned the name Tan Tien Video.

12. I suffered an average loss of $3,000 in supporting the operation at this store, per month.

DATED: Lompoc, California this 23rd May 2007

Abraham Martin