April 5, 2005

Mr. Michael Weight
Assistant Federal Defender
300 Ala Moana Blvd. Suite 7-104
Honolulu, HI 96850

RE: Criminal No. 04-00322 DAE - USA v. Martin - Plea Agreement of 3/16/05

Dear Mike:

    I have been waiting to get out on bail, hopefully this week when the title search has been obtained and other paperwork finished.

    I am just wondering whether you have worked out the LEVEL calculation based on the Plea Agreement dated March 16, 2005, and completed on March 18, 2005. Since this case has devastated my family beyond imagination, and some injustice has been involved, I am still wondering what else will come next. The court system is so PARADOXICAL the way I see it, and the way many inmates at FDC Honolulu see it also, since the prosecution wants defendants to lie pursuant to the lies of its charges, and NO real factual circumstances can be presented or the TRUTH.

    Quite a few items are still on my mind which need to be resolved before seeing the US Probation Officer:

1) Eligibility for the drug program: What do I need to say to be eligible ?
2) Sentencing hearing on December 5, 2005 : Can it be delayed if my wife were sent to jail ? I will need to be out to take care of the house & family burden and support her while she is in confinement. She is innocent, as seen by MOST lawyers, since it was I who did everything, not her. Plus she is a sick woman, cannot handle jail (very cruel and inhuman)
3) Request FDC Honolulu to serve the remaining time on the sentence, after sentencing hearing, due to the fact that my wife is sick.
4) Must request evidence of all charges, copies of checks for verification purposes. I had no choice but pled blindly to quite a few counts which I could not recognize at all.
5) Restitution: too many checks bounced and/or reversed, therefore NOT ACTUAL LOSS. The ACTUAL LOSS should be around $120,000 or way less. Some checks were done through legitimate transactions, with buyers deceiving seller. Need to request copies of checks and bank statements showing status of these checks.
6) The question of forfeiture: 1 Mercedes, 1 Subaru and miscellaneous equipment : Our cost is approximately $100,000.00
7) The question of non-returned items: the miscellaneous computers & other items worth approximately $5,000.00. What about "Execution and Return" of these items which the USSS never did?
******  8) Assistance to the government: I badly need to reduce my sentence due to my old age and family problem. Please work out a deal with Mr. Shipley to let my wife go and home incarceration for me. Good cases told.

    I do have confidence in you to help me and family out, and awaiting your favorable reply soon. *GOD Bless!*

Sincerely,

Abraham Martin

Home: 4580 KILAUEA AVE
Honolulu, HI 96816

EXH "A"

cell: 778-0452