USA V. MARTIN, CR. NO. 04-00322- DAE          Plea Agreement 03/16/2005

<u>PLEA AGREEMENT OF NARCH 16, 2005</u>

A. <u>INFORMATION OF 01/31/05</u>:

   a) Count 9  : Money laundering: ........................ $  5,000.00
   b) Count 10 : Copyright Infringement ....................    2,500.00

B. <u>SUPERSEDING INDICTMENT OF 03/09/05</u>:

   a) <u>Bank Fraud</u>:

| # | Count | Description | Date | Amount |
|---|---|---|---|---|
| 1. | Count 9 | Chase-JL-BOH-ACI | 11/21/01 | $ 1,350.00 |
| 2. | " 12 | Chase-JL-CB-AJ | 12/17/01 | 1,350.00 |
| 3. | " 13 | MBNA-TI-BOH-ACI | 12/14/01 | 3,600.00 |
| 4. | " 20 | Fleet-SN-ASB-AJ | 6/20/02 | 3,000.00 |
| 5. | " 22 | DC-FD-ASB-AJ | 6/07/02 | 3,000.00 |
| 6. | " 27 | First USA-MK-ASB-ACI | 9/26/02 | 4,900.00 |
| 7. | " 29 | Owens-HM-CB-AJ | 10/08/02 | 3,079.17 |
| 8. | " 30 | DC-KO-FHB-ANM Ent. | 10/10/02 | 4,500.00 |
| 9. | " 32 | DC-KO-CB-TTV | 10/11/02 | 3,120.00 |
| 10. | " 34 | DC-KO-ASB-ACI | 10/15/02 | 5,000.00 |
| 11. | " 38 | WF-ML-DND-AJ | 10/16/02 | 9,450.00 |
| 12. | " 40 | WF-ML-DS-AJ | 10/16/02 | 18,850.00 |
| 13. | " 42 | WF-ML-MBNA-Abe | 10/16/02 | 26,410.00 |
| 14. | " 44 | Chase-DP-FHB-car   *** | 12/24/02 *** | 9,400.00 |
| 15. | " 46 | Sears-DP-FHB-car | 12/24/02 | 7,055.63 |
| 16. | " 54 | Capital 1-JO-HNB-ACI | 12/26/02 | 8,000.00 |
| 17. | " 59 | First USA-TE-FHB-ANM | 01/09/03 | 10,000.00 |
| 18. | " 63 | AE-YJ-HNB-ACI | 01/17/03 | 1,800.00 |
| 19. | " 68 | ASB-JJ-FHB-car Merc. | 01/22/03 | 330.96 |
| 20. | " 69 | Fleet-MW-HNB-ACI | 01/23/03 | 3,600.00 |
| 21. | " 72 | ATT-CD-BOA-Wet Ent. | 01/27/03 | 5,400.00 |
| 22. | " 75 | BOH-SR-Wells-Abe Const. | 01/29/03 | 736.68 |
| 23. | " 76 | CPBL-AN-BOA-Wet Ent. | 01/29/03 | 393.97 |
| 24. | " 77 | OOCU-AN-BOA-Wet Ent. | 01/29/03 | 114.32 |

   b) <u>Access Device Fraud</u>:

| # | Count | Description | Date | Amount |
|---|---|---|---|---|
| 1. | Count 11 | MBNA-LN-AJ       ***** | 12/09/01 *** | 1,800.00 |
| 2. | " 16 | MBNA-LN-AJ       ***** | 12/17/01 *** | 1,675.00 |
| 3. | " 17 | Sears-DM-ASB-AJ | 05/22/02 | 3,000.00 |
| 4. | " 48 | Chase-DP-UT-AJ | 12/24/02 | 3,600.00 |
| 5. | " 49 | Sears-DP-DS-AJ | 12/24/02 | 2,600.00 |
| 6. | " 50 | Sears-DP-ACI | 01/05/03 | 1,800.00 |
| 7. | " 53 | Sears-DP-ACI | 01/09/03 | 1,000.00 |
| 8. | " 56 | Chase-NI-Capital 1-Abe | 12/17/02 | 1,410.00 |
| 9. | " 57 | Capital 1-NI-DS-AJ | 01/03/03 | 5,900.00 |
| 10. | " 58 | Capital 1-NI-AS | 01/07/03 | 3,600.00 |
| 11. | " 71 | Fleet-MW-DND-AJ | 01/27/03 | 4,000.00 |

C. <u>TOTAL INTENDED DOLLAR AMOUNT</u>: sum of (a) and (b) =          $164,825.73

D. <u>TOTAL CHECKS BOUNCED/REVERSED</u>: Counts 9,29,42,57,58,59,68,71
   totalling <u>$ 54,670.13</u> (as per the best recollection), <u>OR MORE</u>

**NEED TO DEMAND ACTUAL COPIES OF ALL CHECKS FOR VERIFICATION PURPOSES.
GOVERNMENT MADE DEFENDANT PLEAD BLINDLY TO THE ABOVE COUNTS.**

EXH "B"                              ACTUAL LOSS = 110,155.60