STEPHEN P. PINGREE         1725
RICHARD PAUL MCCLELLAN III  6066
H... ko Center Suite 701
3... Mililani Street
Honolulu, Hawaii 96813
Tel: (808) 599-5911
Fax (808) 533-3684
Email: pingree@taxdefense.c.. n

Attorneys for Defendant
ABRAHAM NGUYEN ABRAHAM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 4 1999

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>ABRAHAM NGUYEN MARTIN<br>Defendant. | CR. NO. 98-00105 SOM<br><br>STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT |

## STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT

IT IS HEREBY STIPULATED by the United States and the Defendant, through his attorneys, that Defendant Abraham Nguyen Martin be allowed to travel outside the jurisdiction of Hawaii to:

1. Vietnam from July 2, 1999 through July 28, 1999, and

2. Oregon from September 17, 1999 through September 24, 1999.

Pursuant to the Order Setting Conditions of Release, the Defendant shall surrender his U.S. Passport to the Clerk, U.S. District Court of Hawaii by July 31, 1999.

EXH "C"