March 1, 2007

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

Charles S.J. Davis
Vice President and Manager
Security Department
First Hawaiian Bank
P.O. Box 1959
Honolulu, HI 96805-1959

RE: Your unsatisfactory answer letter of February 23, 2007

Dear Mr. Davis:

    Acknowledged receipt of your letter today, in response to my inquiry letter of February 13, 2007, on behalf of Mr. Donald Horner, President of First Hawaiian Bank.

    I wrote my letter in English with clear-cut questions and/or request, and it does seem that you did not quite understand them, and provided me with an answer which is totally and irresponsibly unsatisfactory. I do have a feeling you tried to avoid taking responsibility for what Mr. David Sage did, in providing falsified information to the USSS special agent Joseph Roberts on May 16, 2003.

    Of course I do have the 711-page discovery which contains quite a few pages from First Hawaiian Bank. The information provided by First Hawaiian Bank regarding Anna Martin is nothing but a fabrication of evidence to harm this lady: 1) the letter written by Mr. David Sage regarding Anna Martin, and 2) at least four (4) pictures depecting Anna Martin standing in front of the tellers' windows in the FHB Kahala Branch, taken by security cameras. I have no questions regarding the other letter and pictures depicting myself at all.

    Since First Hawaiian Bank provided the falsified information involving Anna Martin, it has to be responsible for its behavior. The government cannot answer for FHB information at all. Again, my question is: "WILL YOU REAFFIRM THE INFORMATION THAT FHB PROVIDED TO USSS SA JOSEPH ROBERTS REGARDING ANNA MARTIN?" I am sure you do have a copy of that information in your file.

    Unless I receive a satisfactory answer from you, I shall assume that First Hawaiian Bank does perform malpractice and libeling. If this is true, I shall have no choice but report it to the appropriate authority, consumer protection agencies and better business bureaus in Hawaii and the U.S. Mainland. I have claimed FHB fabrication of evidence in my appeal (Motion 2255, Case # CV06-000629 DAE-LEK).

    Awaiting your earliest reply on this matter of concern.

    Sincerely,

*[signature]*

cc: legal counsel

EXH "D"