January 25, 2007

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

Allen Hule, Esq.
General Counsel for
Tai Seng Video Marketing
180 South Spruce Avenue, Suite 250
South San Francisco, CA 94080

RE: The matter of Tan Tien Video, 185 N. King St., Honolulu, HI 96817

Dear Mr. Hule:

    FBI special agent Anthony Pickard stated on 06/12/2003 in an interview with you that:

1. ...... TAI SENG VIDEO ENTERTAINMENT (TS) leases to its customers, including TAN TIEN VIDEO, at a cost of between $15 and $20 per videotape (as per a listing entitled "New Image Audio and Video Copyright Registration List June 9, 2003".
2. As per a listing entitled "Century Home Entertainment Copyright Registration List June 9, 2003": TS sells to its customers at a cost of between $18 to $25 per videotape.
3. "The soap opera videotapes are leased to customers of TS on a one per year lease agreement. At the end of the one year, lease customers are required to return the leased videotapes to TS."

    I would like to have you confirm all these statements which came from you. As I understand the situation when taking over Tan Tien Video from Cam Bao Pham, owner of VINA VIDEO, that we could duplicate the original tapes which we paid dearly for, including weekly surcharge (some $400 to $500 or so, for some 15 tapes) for the purpose of **rental** only, and at our store only. The first owner of the store, VIET'S MART, back in 1986 or so, started this business and did make copies alright, and so did subsequent owners of VINA VIDEO. The FBI also stated that TS and Asiaview had a lease agreement with Tan Tien Video. Can you confirm this and forward a copy to me, especially in regard to the item (3) above. I do not recall anything about return of tapes purchased.

    Thank you very much for your time, and awaiting your answer to the above request at your earliest convenience.

    Sincerely,

    Abraham Martin

P.S. I have been around other states and have found out that practically almost ALL stores do copy the videotapes for rent, TS and Asiaview still make money selling the videotapes to them, as long as they do it at their stores only, and **no sale.**

EXH "E"