**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true copy of the foregoing document has been sent this very date, via U.S. Mail, postage pre-paid, by handing the envelope to a BOP official in charge of legal mail, at the Officer-In-Charge Office, Federal Prison Camp, 3705 West Farm Road, Lompoc, CA 93436, to the following party at his last known address:

        WILLIAM L. SHIPLEY
        Assistant U.S. Attorney
        300 Ala Moana Blvd., Room 6-100
        Honolulu, HI 96850

DATED: FPC Lompoc, CA this 23rd May 2007

_____
Abraham Martin