Abraham Martin
87158-[illegible]22
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

U.S. PENITENTIARY [illegible]
[illegible] KLEIN BLVD
[illegible] CA [illegible]

DATE [illegible]
[illegible]
[illegible]
opened [illegible]
problem [illegible]
wish to [illegible]
clarification, if [illegible]
forward [illegible]
to the above address

5/23/07

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HI 96850-0338

