ABRAHAM MARTIN
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

IN PRO SE PETITIONER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2007

at 3 o'clock and 00 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIV. NO. CV06-00629 DAE/LEK |
| Plaintiff/Respondent, | ) CR. NO. 04-00322 DAE |
| vs. | ) CR. NO. 05-00049 DAE |
| ABRAHAM NGUYEN MARTIN, | ) MOTION TO REQUEST FOR PROCEEDING TRANSCRIPTS DUE TO INDIGENCY; |
| Defendant/Petitioner. | ) MEMORANDUM; DECLARATION; CERTIFICATE OF SERVICE |

### MOTION TO REQUEST FOR PROCEEDING TRANSCRIPTS

**COMES NOW**, Abraham Martin, hereinafter "Martin", petitioner in propria persona in the above-captioned civil and criminal cases, and hereby respectfully submits his request for production of the court hearing transcripts for the entire criminal proceedings in his case.

This motion is brought forward pursuant to Rule 5(c) and Rule 7(a) of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS, and is predicated on the files and records herein, memorandum in support of motion, and declaration of petitioner.