# DECLARATION OF ABRAHAM MARTIN

I am Abraham Martin, petitioner pro se, do hereby declare, under penalty of perjury, that the following is true to the best of my knowledge, information and belief:

1. I am an indigent defendant/petitioner in the aforesaid criminal and civil cases.

2. I was represented by Federal Public Defender(s) throughout the criminal proceedings, due to indigency.

3. I have been forced to carry on the appeal on my own, due to my motion for appointment of counsel was denied.

4. I do not have any tangible or intangible assets. If any, they are of minimal value or no value.

5. I am not employed, being in federal custody, performing involuntary servitude.

6. For the involuntary servitude, the BOP pays me an average of $17.00 monthly.

7. The BOP deducts $25.00 every quarter for restitution.

8. I do have a dependent to support, my wife Anna Martin, who has been suffering from diabetes type I, with extraordinarily unstable blood sugar count and fragile health. Since I cannot provide her with any support and care, both of us have been suffering from stress, strain and mental agony.

9. Because of my poverty, I am unable to pay the cost of the proceeding transcripts in my criminal case, which I utmostly need for an effective appeal.

DATED: Lompoc, Califronia June 4th 2007

[signature]

Abraham Martin