CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true copy of the foregoing document has been sent, via U.S. Mail, postage pre-paid, on this date of June 4, 2007, to the following party at his last known address:

>William L. Shipley
>Assistant U.S. Attorney
>300 Ala Moana Blvd. Rm 6-100
>Honolulu, HI 96850-5269

by handing the envelope to a BOP officer in charge of legal mail at Lompoc Federal Prison Camp, California.

DATED:   Lompoc, California   June 4, 2007

Abraham Martin