Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD.
LOMPOC, CA 93436

DATE:
The Enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM 338
HONOLULU, HI 96850-0338

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 06 2007
DISTRICT OF HAWAII

