# MINUTES

CASE NUMBER:     CR NO. 04-00322DAE

CASE NAME:       United States of America Vs. (01) Abraham Nguyen Martin

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    David Alan Ezra         REPORTER:

DATE:     06/27/2007              TIME:

COURT ACTION: EO: "MINUTE ORDER"

Defendant (01) Abraham Nguyen Martin's [109] Motion for Evidentiary Hearing Re [81] Motion to Vacate under 28 U.S.C. 2255 (Civil Action 06-00629DAE-LEK)-is hereby Granted. Regarding [81] Motion to Vacate under 28 U.S.C. 2255 (Civil Action 06-00629DAE-LEK) will be set for a Evidentiary Hearing on Friday, July 06, 2007 @9:00 a.m. William Shipley, AUSA is to make all the arrangements so that the Defendant will be present for this hearing by Video Conference.
Please call Mark Afuso @541-1895 to set up the Video Conference here in Federal Court.

Submitted by Leslie L. Sai, Courtroom Manager