// "     " //
// EXHIBIT //

EXHIBIT "F" SHOULD CONTAIN OVER 20 PAGES, ANALYZING
THE GOVERNMENT DISCOVERY SENT IN TWO (2) BATCHES BY
WILLIAM DOMINGO, MARTIN'S FIRST FEDERAL PUBLIC DEFENDER.

MARTIN PROVIDED THIS PARTICULAR ANALYSIS WITH NOTES AND
COMMENTS SO THAT MR. DOMINGO WOULD UNDERSTAND THE CASE
A LITTLE BETTER, SINCE MARTIN KNOWS HIS CASE THE BEST.

DURING ONE OF THE EARLIER VISITS BY MR. MICHAEL WEIGHT
AT THE FDC HONOLULU, MARTIN DID ASK HIM IF MARTIN COULD
DO PRO SE, WITH MR. WEIGHT AS "OF COUNSEL" STANDING BY
WHILE MARTIN WOULD DO THE TALKING. MR. WEIGHT BEGGED
MARTIN TO KEEP HIM. AND MARTIN AGREED.

MR. WEIGHT DID CONFESS TO MARTIN THAT ONLY MARTIN WOULD
KNOW HIS CASE BEST, AND HE WAS ASSIGNED SOME 60 CASES,
THEREFORE OVERBURDENED AND OVERWHELVED TO CONCENTRATE
ON ANY SINGLE CASE.

**DUE TO INDIGENCY AND THE HIGH COST OF PHOTO COPIES,
MARTIN COULD AFFORD ONLY FOUR PAGES WHICH ARE THE
SUMMARIES. MARTIN RECEIVED THE FIRST BATCH (PAGES
1-481) ON SEPTEMBER 20, 2004 AND THE SECOND BATCH
ON SEPTEMBER 22, 2004. MARTIN DID GO OVER QUICKLY
HIS ANALYSIS OF THE GOVERNMENT DISCOVERY WITH MR. DOMINGO,
DUE TO TIME CONSTRAINT.**

# SUMMARY

① 9/22/04

**Ⓐ PAGES 1-481 (FIRST BATCH OF MAIL RECEIVED 9/20)**

① Pages 1-17: Search Warrant obtained by Secret Service ⑰
   search + seize on Feb. 15, 2003

② Pages 16-475: (NOT continuous) 104 pages — MIXED UP
   Basically Abe's and Abraham Construction's personal
   and business paperwork, credit cards, checks, payments, etc.

③ Pages 64 + 227 — blank     ② pages

④ Pages 93-163 — copies from Paverline check register of 10/2001
   Anna Jewelry, loan from ASB.    before

⑤ Pages 175-422 (NOT continuous) ⑦ pages — VINA VIDEO.
   (MIXED-UP)

⑥ Pages 182-404 (NOT continuous) ⑩ pages — Abraham
   Construction's list of employees on HMSA Plan.

⑦ Pages 405-466 (NOT continuous) ⑮ pages — Abraham
   Construction's HMSA Plan: bills + payments

⑧ Pages 181-465 (NOT continuous) ⑩ pages — payments
   to Abraham Construction for our house project

⑨ Pages 193-409 (NOT continuous) ④ pages  misc. personal
   items — (MIXED-UP)
   check — Tom Yoh's friend in L.A. — loan (Yoh no bank acct, directly to Anna)

⑩ Pages 205-235 (NOT continuous) ④ pages — LULU's scam/
   conspiracy and DAVID FUJITA deposited the check

# SUMMARY

② 4/22/04

11. ✓ Pages 196-248 (NOT continuous) ③ pages - Records of Tam Do, my sister-in-law, upon her arrival.

12. ✓ Pages 369 + 372 - ② pages — mailman delivered by (the store is next door) phone bill — mistake to 185 N. King -

13. ✓ Pages 370 + 449 + 450 - ③ pages - part of Alec's services in negotiating a lower price for customer: owner of KS Jewelry - receptacle bill (1) made records

14. Pages 371 + 433 - 436 - ⑤ pages. A friend made xerox copies [copies] of travelers checks & asked me if they were (genuine), before he accepted these money orders (in Japanese)

15. Pages 48 - 459 - (NOT continuous) ㊷ pages Tan Tien Video's business transactions + sales slips -

16. Pages 46 - 480 (NOT continuous) plus 1 unknown number ⑭ pages - There are LUU's expertise in white-collar crime: mail theft, ID theft, fraudulent credit cards, internet purchases, from 773 Kinau #503c and 1660 Piikoi APT "H" - He's an expert on computers and can build them. His experience came from a group of 21 on the mainland, doing mostly white color crime (some 13 years ago, 5 years in prison(s) there, plus 1½ years INS confinement) HOW? WHY? - Well, he got the Govt PROTECTION

17. Pages 36 - 481 - (NOT continuous) ㊼ pages - Misc. papers, bank statements, bank ads, payments, copy of cards, ATM receipts, etc.

# SUMMARY

③ 9/22/04

Ⓑ PAGES 482-711 (Second Batch of Mail Received 9/21/04)

① Pages 482-496 — ⑮ pages — Report of Search Warrant contained in Pages 1-17.

② Pages 497-508 — ⑫ pages — FBI's fabricated excuse for an illegal + unlawful search + seize (a ROBBERY ACT)

③ Pages 509-515 — ⑦ pages — list of Equipment seized illegally by the FBI — no search warrant at all.

④ Pages 516-529 — ⑭ pages — list of video tapes seized from Tan Tien Video.

⑤ Pages 530-581 — ㊼ pages — list of all property seized by the FBI, illegally + unlawfully (a robbery scenario exactly)

⑥ Pages 582-587 — ⑥ pages — Tape distributors harassed by the FBI, lying about their disapproval in tape copying — Why the high $ fees then? Why still continue selling to us the tapes then?

⑦ Pages 588-592 — ⑤ pages — cannot recognize these. Probably implanted by him/government.

⑧ Pages 592-599 — ⑦ pages — Lun's conspiracy by sending to another destination(s) to inflict harm/injury to others, to claim ~~his~~ alibi. (185 N. King) Tan Tien Video

<u>SUMMARY</u>              Ⓐ      9/22/04

⑨ <u>Pages 604-606</u>   ③ pages — Luu's white collar crime
from 773 Kinau #503C & 1660 Rikoi #H.

⑩ [Page 614] — ① page — check #2,855 $\frac{24}{}$ of 2-28-03
Where's this check coming from? DATED FEB
28, 2003 = Secret Service made a mistake here, throwin
Luu's documents to Abe — MYSTERY! Remember
that Luu was arrested Feb 12, 2003 - - - -
(x arrested)

⑪ <u>Pages 600-630</u> (<u>NOT</u> continuous) ㉓ pages and basically
only 3 checks involved (Indictment Counts
9, 12, 13) (car) — A told payee to make payable. A " picture
                                                    of Anna

⑫ <u>Page 603</u> — ① page — Luu's internet crime - 1660 Rikoi

⑬ <u>Pages 611-613</u> — ③ pages Copies of checks (Counts 14, 15, 16

⑭ <u>Page 652</u>   ① page — check of Duc Nguyen paying   employee
for HMSA plan, to Abe (Abraham Louis)
employees share

⑮ <u>Page 658</u>   ① page copy of check — payment for
merchandise. (A.H.) customer

                                    wife bought end of 2000 SLK230
⑯ <u>Pages 631-671</u> (NOT continuous) Records of Mercedes purchases
payments, Abe's pictures at FHB Branch — ㊴ pages
Tom Yeh - gave $5,000 - like sister-in-law Thu Do -

⑰ <u>Pages 672-711</u> ㊵ pages — FBI pictures of residence
of illegally seized property, and of store —

End of 711 pages.