ABRAHAM N. MARTIN
2158-022
FEDERAL PRISON CAMP
3701 WEST ARMROD
LOMPOC, CA 93436-2756

JUL 9 2007

SANTA BARBARA CA 931



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM 338
HONOLULU, HI 96850-0338

CR 04-00322 DAE
CR 05-00049 DAE

