July 6, 2007

Honorable DAVID ALAN EZRA
Chief Judge
United States District Court
District of Hawaii
300 Ala Moana Boulevard
Honolulu, HI 96850

RE: "MINUTE ORDER" of 06/27/2007 granting an Evidentiary Hearing
on July 6, 2007 at 9:00 am via Video Conference. CV06-00322DAE-LEK.

Dear Honorable Judge EZRA:

   I hereby acknowledge receipt of the above-mentioned "MINUTE ORDER" on Monday, July 02, 2007 at 8:00 pm mail call here at the Lompoc Federal Prison Camp.

   The very next day, Tuesday July 3, 2007, I went to see Mr. Grigg, the Unit Manager here at the Camp, with a "cop-out" (written request) and a copy of the "Minute Order". Mr. Grigg saw me at 3:15 pm as per his schedule. He made a couple of phone calls, then faxed the "Minute Order" to another BOP officer at another institution nearby (there are 3 institutions here at Lompoc: the Penn, the Low and the Camp), and told me to come back Thursday, July 5, 2007, after 3:00 pm.

   On Thursday July 5, 2007, I saw Mr. Magana, a new counsel for Beta Unit (Lompoc Camp has 2 units: Alpha and Beta) about the video conference set up for Friday, July 6, 2007 at 12:00 noon Lompoc time. He made a phone call, then told me that the video conference won't take place, and the secretary he was talking to was well aware of this "Minute Order" and the Evidentiary Hearing set for July 6, 2007. After 3:00 pm this day, I went to see Mr. Grigg again, as per his instructions on July 3, 2007. Mr. Grigg came out of the Administration Building and told me that there won't be any "video conference" tomorrow (July 6, 2007) because the prosecutor (Mr. William Shipley) had not made any arrangements with the BOP personel for such event.

   As an inmate, I tried my very best to comply with the "Minute Order", despite my present disadvantages. Please enter this on the record of this action. Thank you very much for your time.

   Respectfully yours,

   [signature]

   Abraham Martin 87158-022
   Federal Prison Camp
   3705 West Farm Road
   Lompoc, CA 93436

encl: copy of BOP written request
cc  : office of the clerk & office of the U.S. Attorney

I DECLARE UNDER PENALTY OF PERJURY TO THE ABOVE, TO BE TRUE AND CORRECT.

[signature]
Abraham Martin