```
BP-S148.055   INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. GRIGG,   Unit Manager | July 3, 2007          8:00 AM |
| FROM: Abraham Martin | REGISTER NO.: 87158-022 |
| WORK ASSIGNMENT: Food Service | UNIT: Alpha (Camp) |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I RECEIVED THE HAWAII DISTRICT COURT "MINUTE ORDER" LAST NIGHT AT MAIL CALL. THE HAWAII DISTRICT COURT GRANTED MY MOTION FOR EVIDENTIARY HEARING, TO BE SET FOR THIS COMING FRIDAY, JULY 6, 2007 AT 9:00 AM HAWAIIAN TIME (OR 12:00 NOON LOMPOC TIME).

THE COURT FURTHER ORDERED MR. WILLIAM SHIPLEY, AUSA TO MAKE ALL THE ARRANGEMENTS SO THAT I CAN BE PRESENT FOR THIS HEARING BY VIDEO CONFERENCE, HERE AT LOMPOC FACILITIES.

PLEASE SEE TO IT THAT I WILL BE AT THE HEARING AS ORDERED.

THANK YOU VERY MUCH.

(Hawaii Federal Court contact is Mark Afuso @ (808) 541-1895 for Video Conference set-up in Hawaii)

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)            This form replaces BP-148.070 dated Oct 86
                                                and BP-S148.070 APR 94


Printed on Recycled Paper