Abraham Martin 87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

SANTA BARBARA
CA 931 3 T
09 JUL 2007 PM

Honorable DAVID ALAN EZRA
Chief Judge
United States District Court
District of Hawaii
300 Ala Moana Boulevard
Honolulu, HI 96850

