ABRAHAM MARTIN
87158-022
Federal Prison Camp
3705 West farm Road
Lompoc, CA 93436

IN PRO SE APPELLANT

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABRAHAM NGUYEN MARTIN, ) | CV.NO. 06-00629 DAE-LEK |
| ) | CR.NO. 04-00322 DAE |
| Appellant-Defendant ) | CV.NO. 06-00632 DAE-LEK |
| ) | CR.NO. 05-00049 DAE |
| vs. ) | |
| ) | **NOTICE OF APPEAL** |
| UNITED STATES OF AMERICA, ) | |
| ) | APPELLANT'S REQUEST FOR A |
| Appellee-Plaintiff. ) | CERTIFICATE OF APPEALABILITY; |
| ) | CERTIFICATE OF SERVICE |

### NOTICE OF APPEAL

Notice is hereby given that Abraham Nguyen Martin, appellant pro se in the above-entitled action, herey appeals to the United States Court of Appeals for the Ninth Circuit from the judgments entered in this action on August 16th, 2007 by the Honorable David Alan Ezra, District Court Judge for the District of Hawaii.

DATED: Lompoc, California, this 21st August 2007

Respectfully submitted,

_____
Abraham Martin
Appellant-Defendant
in Pro Per

CERTIFICATE OF SERVICE

I, the udnersigned, hereby certify that a true copy of the foregoing document has been sent, via U.S. Mail. postage pre-paid, on this date of August 21, 2007, to the following parties at their last known addresses:

> 1. William L. Shipley
>    Assistant U.S. Attorney
>    300 Ala Moana Blvd., Rm 6-100
>    Honolulu, HI 96850
>
>    Attorney for the United States of America
>
> 2. Office of the Clerk
>    U.S. Court of Appeals
>    for the Ninth Circuit
>    P.O. Box 193939
>    San Francisco, CA 94119-3939

by handing the envelope to a Bureau of Prisons officer in charge of legal mail at the Lompoc Federal Prison Camp, California.

DATED:   Lompoc, California this 21st August 2007

Abraham Martin