ABRAHAM MARTIN
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

IN PRO SE APPELLANT

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABRAHAM NGUYEN MARTIN,<br><br>    Appellant-Defendant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Appellee-Plaintiff. | CV.NO. 06-00629 DAE-LEK<br>CR.NO. 04-00322 DAE<br>CV.NO. 06-00632 DAE-LEK<br>CR.NO. 05-00049 DAE<br><br>MOTION TO PROCEED IN FORMA PAUPERIS TO APPEAL TO NINTH CIRCUIT FROM JUDGMENTS FILED AUGUST 16, 2007; DECLARATION; CERTIFICATE OF SERVICE |

**MOTION TO PROCEED IN FORMA PAUPERIS**

COMES NOW, Abraham Martin, appellant pro se in the above-entitled action, hereby respectfully submits to this Honorable Court his Motion to Proceed in Forma Pauperis to appeal to the Court of Appeals for the Ninth Circuit from the judgments filed in this action on August 16, 2007 by the Honorable David Alan Ezra.

Appellant Martin filed a similar Motion on April 27, 2007 for his Motion 2255. It was denied by this Court on the reason that Motions under § 2255 do not require a filing fee. This Motion is predicated on the files and records herein, Martin's presented evidence of his indigence in the instant case's proceeding, and the appended Declaration.

DATED: Lompoc, California this August 21, 2007
Respectfully submitted,

_____
Abraham Martin
Appellant Pro Se