<u>DECLARATION OF ABRAHAM MARTIN</u>

I am Abraham Martin, appellant pro se, do hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I am an indigent appellant-defendant in the aforesaid criminal and civil case.

2. I was represented by Federal Public Defender(s) throughout the criminal proceedings, due to my indigence.

3. On February 1, 2007 the U.S. district court for Hawaii denied my motion for appointment of counsel. I am ergo compelled to carry on the appeal (Motion 2255) pro se.

4. I do not have any tangible or intangible assets. If any, they are of minimal value or no value.

5. I am not employed, being in federal custody, performing involuntary servitude.

6. For my hard labor work, the Bureau of Prisons pays me an average of $17.00 monthly.

7. My restitution is $25.00 every quarter, or $8.33 per month.

8. The cost of personal necessary items, typewriter ribbon & correction tape, postage, xerox, etc ... has placed a tremendous monetary hardship on me in my appeal.

9. My sick wife, Anna Martin, depends on me for support and care, which I cannot provide at all due to my present incarceration.

10. Because of my poverty, I am unable to pay the costs of the appeal proceedings (fees, cost or security therefor) and I believe I am entitled to relief.

DATED: Lompoc, California this 21st August 2007

Abraham Martin