CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true copy of the foregoing document has been sent, via U.S. Mail, postage pre-paid, on this date of August 21, 2007, to the following party at his last known address:

> William L. Shipley
> Assistant U.S. Attorney
> 300 Ala Moana Blvd., Rm 6-100
> Honolulu, HI 96850
>
> Attorney for the United States of America

by handing the envelope to a Bureau of Prisons officer in charge of legal mail at the Lompoc Federal Prison Camp, California.

DATED: Lompoc, California this 21st August 2007

Abraham Martin