ORIGINAL

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

August 27, 2007

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 29 2007
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

Office of the Clerk
United States District Court
District of Hawaii
300 Ala Moana Blvd. Rm 338
Honolulu, HI 96850-0338

RE: Transcripts of appeal record. Cr. 04-00322DAE = CV 06-00629DAE-LEK
Cr. 05-00049DAE = CV 06-00632DAE-LEK

Dear Clerk:

In reviewing your instructions on appealing to the Ninth Circuit, I notice that it is the appellant's duty to order the transcripts of the criminal proceedings. I also notice that many hearings, as shown on the docket, did not have a court reporter.

So, it seems like only three transcripts can be ordered from three court reporters (Laura Savo, Philip Rosenberg and Cynthia Fazio). Please kindly send me their addresses so that an order will be sent to them, since I cannot call from jail.

Moreover, since I am indigent and cannot pay for the transcripts and proceed pro per, and the instructions on the "Transcript Designation and Ordering Form" are not proper for me, please let me know how this form should be filled out as to the cost at the United States' expense.

Attahced herewith is a copy of the designated transcripts, beyond the original papers and exhibits in the district court. Are other transcripts provided by the court (such as C6 CD10, etc ..)? since no court reporter names are mentioned on the docket sheets.

Awaiting your response to the questions at your earliest convenience, and thank you for your time in this matter.

Sincerely yours,

Abraham Martin

ABRAHAM NGUYEN MARTIN V. UNITED STATES
CV.NO.06-00629DAE-LEK  CR.NO.04-00322DAE
CV.NO.06-00632DAE-LEK  CR.NO.05-00049DAE

## DESIGNATED TRANSCRIPTS

| Date filed | Docket Text | Court reporter |
| --- | --- | --- |
| 08/25/2004 | SECRET INDICTMENT | Laura Savo |
| 08/26/2004 | INITIAL APPEARANCE and A & P TO INDICTMENT | C6 CD10 3:53-4:02 |
| 08/31/2004 | DETENTION HEARING | C6 CD10 11:08-11:14 |
| 09/03/2004 | DETENTION HEARING (2ND) | FTR C7 CD22 10:54-10:55 |
| 01/31/2005 | INFORMATION ARRAIGNMENT | C6 3:18-3:58 |
| 03/09/2005 | SUPERSEDING INDICTMENT | Philip Rosenberg |
| 03/11/2005 | A & P AS TO THE SUPERSEDING INDICTMENT-Plea of Not Guilty | FTR-C5 10:31-10:36 |
| 03/15/2005 | DETENTION HEARING (3RD) | FTR-C5 2:10:15-2:25:20 |
| 03/16/2005 | MOTION FOR WITHDRAWAL OF NOT GUILTY PLEA and to PLEAD ANEW | 10:40-10:59:56 & 11:04-11:30-36 |
| 03/18/2005 | CONTINUED MOTION FOR WITHDRAWAL OF NOT GUILTY PLEA and to PLEAD ANEW. CONSENT TO RULE 11 PLEA. MEMORANDUM OF PLEA AGREEMENT FILED | C5 2:39-3:12:48 |
| 12/05/2005 | SENTENCING HEARING | Cynthia Fazio |

*[handwritten annotation: "Are these transcripts provided by the district court?"]*

Lompoc, California August 27th, 2007



SANTA BARBARA CA 931 2T
27 AUG 2007 PM

CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. C-338
HONOLULU, HI 96850-0338

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 29 2007
DISTRICT OF HAW