TO:        Clerk, U.S. Court of Appeals                                Date: September 21, 2007

FROM:   Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs Abraham Nguyen Martin

U.S.D.C CASE NO.       CV 06-00629DAE-LEK, CR 04-00322DAE, CV 06-00632DAE-LEK, CR 05-00049DAE

U.S.D.C. JUDGE:        David Alan Ezra

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED:  08/25/04

APPEALED ORDER FILED:        CV 06-00632DAE-LEK, CV 06-629DAE-LEK,

NOTICE OF APPEAL FILED:      08/28/07

COUNSEL INFORMATION

APPELLANT:                                APPELLEE:
Abraham Martin, pro se prisoner           William L. Shipley, AUSA
87158-022                                 Office of the U.S. Attorney
Federal Prison Camp                       300 Ala Moana Blvd., Ste. 6100
3705 West Farm Road                       Honolulu, HI  96850
Lompoc, CA  93436

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: _

(e.g. C.J.A., Public Defender, Other.)

DEFENDANT INFORMATION

ADDRESS:                         CUSTODY:             ✓
see above
                                 BAIL:                __
F/P GRANTED:        __
                                 COUNSEL WAIVED:      __
NO OF DAYS OF TRIAL:  __
                                 COURT REPORTER(S): enclosed docket sheets

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:**  U.S.A. vs. Abraham Nguyen Martin

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**  CV 06-00629DAE-LEK, CR 04-00322DAE, CV 06-00632DAE-LEK, CR 05-00049DAE

II  **DATE NOTICE OF APPEAL FILED:**  08/28/07

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**              **AMOUNT:**

   **NOT PAID YET:**  ✓                 **BILLED:** no payment as of 08/28/07

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**         **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

September 21, 2007

William L. Shipley
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

    IN RE:    U.S.A v. Abraham Nguyen Martin
    CR NO.    CV 06-00629DAE-LEK,
              CR 04-00322DAE,
              CV 06-00632DAE-LEK,
              CR 05-00049DAE

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 08/28/07.

All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.

Sincerely,
Sue Beitia, Clerk

By    Laila M. Geronimo
       Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Abraham Martin, pro se prisoner
        with copy of instructions for criminal appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet