United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:  November 16, 2007

To:   United States Court of Appeals       Attn:  (x)  Civil (Docket sheet only - view case
      For the Ninth Circuit                              on-line - CV 06-00629DAE-LEK)
      Office of the Clerk                       (✓)  Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 04-00322DAE-01          Appeal No:
Short Title:  USA vs. Abraham Nguyen Martin

Clerk's Files in    1        volumes  (✓) original  ( ) certified copy
Bulky docs                   volumes (folders)  docket #
Reporter's                   volumes  ( ) original  ( ) certified copy
Transcripts
Exhibits                     volumes  ( ) under seal
                             boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: counsel