## DECLARATION OF ABRAHAM MARTIN

I, Abraham Martin, declare under penalty of perjury that the following statement is true to the best of my information, knowledge and belief:

1. I am Abraham Martin, husband of Anna Martin who was implicated in my offense.

2. the evidence at First Hawaiian Bank was fabricated to harm Anna, regarding the $9,400 Chase Manhattan Bank access check.

3. There is only **one** (1) Chase Manhattan Bank access check which was deposited in December 2002 and I was the one who made the deposit.

4. There is only one access check from Sears National Bank of $7,455.63 and it was I who made the deposit of this check also.

5. The amount of $16,455.62 is the sum of the two above checks, which is double-counted in both Anna's and Abraham's sentences.

6. I was allowed implicitly to make duplicates of the VHS tapes, since Tai Seng Video and Asia View Entertainment charged $1.50 per copy of tape, for any second copy on. They already make money selling the first copy.

7. The counsel for these two video companies has no reason to demand any repayment for loss due to the fact that he knows Tan Tien was losing money renting out movie-series from the companies, due to such a small clientele in Honolulu.

8. Anna Martin had nothing to do with copyright infringement. She is just an older sister of Thu Do, owner and operator of Tan Tien Video. Thu Do did not speak English and needed help occasionally.

DATED: Lompoc, California this December 21, 2007

*/s/ Abraham Martin*

Abraham Martin