## CERTIFICATE OF SERVICE

Case name:  USA V. MARTIN

Case No. **07-16756** - Court of Appeals for the Ninth Circuit

Hawaii District Court No. 06-00629DAE-LEK/Cr. No. 04-00322DAE
06-00632DAE-LEK/Cr. No. 05-00049DAE

I certify that a copy of the Motion for Clarification and Correction of Restitution Order and any attachments was served, either in person or by mail, on the person(s) listed below:

DATED: Lompoc, California

_____
Abraham Martin

| Name | Address | Date Served |
|---|---|---|
| William L. Shipley<br>AUSA | 300 Ala Moana Blvd. #6-100<br>Honolulu, HI 96850 | 12/21/2007 |
| Ellie Asasaki<br>Senior USPO | 300 Ala Moana Blvd. #C-126<br>Honolulu, HI 96850 | 12/21/2007 |
| Lane Y. Takahashi<br>Atty for co-defen<br>Anna Martin | 745 Fort Street, Suite 2121<br>Honolulu, HI 96813 | 12/21/2007 |
| Clerk<br>Court of Appeals<br>Ninth Circuit | 95 Seventh Street<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | 12/21/2007 |