## DECLARATION OF ABRAHAM MARTIN

I, Abraham Martin, hereby declare, under penalty of perjury, that the following statement is true to the best of my knowledge, informatkon and belief:

1. I am Abraham Martin, a resident of Hawaii for over 40 years, a general contractor and a civil engineer.

2. I was introduced to Luu, an FBI informant, in late August 2001.

3. Luu introduced FBI special agent Sam Mum to me about June 2002 and told me that I would have the same "umbrella protection" that he had been enjoying.

4. I was inadvently and aberrantly entrapped by Luu into committing the isntant offense.

5. My wife, Anna Martin, was innocent but was implicated by the prosecutor in my crime.

6. My wife has diabetes type I and is highly vulnerable to nocturnal seizures and daytime collapses.

7. I cared for my wife since the onset of her diabetes in January 1999 until her incarceration in October 2005 and I was irreplaceable in this obligation.

8. My wife's sickness has been worsened due to incarceration, which interrupted her usual and steady treatment by her expert doctor.

9. Before incarceration, I was the principal caretaker, breadearner for the family and was indispensable to the caretaking of my wife and her well-being. She has been suffering from all sorts of stress, strain, mental agony, nightmares due to financial burden and without her husband to save her in case of emergency.

DATED: Lompoc, California this 21st December 2007

Abraham Martin