August 20, 2006

Criminal Motions Unit
United States Court of Appeals
for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
Cathy A. Catterson, Clerk
August 23, 2006

RE: Filing of Motion 2255 under 28 U.S.C.

Gentlemen:

My name is Abraham Nguyen Martin, presently incarcerated at Federal Prison Camp, Lompoc, California. The address is Abraham Martin, # 87158-022, Federal Prison Camp. Lompoc, CA 93436.

Since I have a few reasons which clearly indicate an excessive sentence which was imposed upon me on December 5, 2005, especially the judge gave me another two levels beyond the maximum sentence as calculated by the PSI, from 57 months maximum to 70 months, without any preponderance of evidence and/or witnesses. The PSI report did object to the prosecutor's motion for enhancement earlier.

Please let me know whether I should file the Motion 2255 directly to your office, or where exactly to file this Motion and its process.

I would appreciate a prompt reply and/or any valubale information/ instructions from your office.

Thank you very much for your immediate attention to this matter.

Sincerely,

[signature]

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436


Encl: Notice of Appeal, if necessary


EXH "A"

<u>NOTICE TO APPEAL</u>

U.S.A. v. ABRAHAM NGUYEN MARTIN

CRIMINAL NO. 04-00322-01 DAE AND NO. 05-00049-01 DAE

MY NAME IS :   ABRAHAM NGUYEN MARTIN

SENTENCING DATE:   DECEMBER 5, 2005

SENTENCING COURT: U.S. COURT, DISTRICT OF HAWAII, NINTH CIRCUIT

PSI MAXIMUM:   LEVEL 21, 48 to 57 MONTHS

JUDGMENT IN A CRIMINAL CASE:   UP 2 LEVELS, OR ELVEL 23
                                70 MONTHS by the judge

I HEREBY GIVE NOTICE TO APPEAL, PROBABLY WITH THE MOTION 2255 UNDER 28 USC.

　　　　DATED: LOMPOC FPC, AUGUST 20TH, 2006

Abraham Nguyen Martin
Registration No. 87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

EXH "A"