TUESDAY July 3, 2007 - PREPARATIONS FOR EVIDENTIARY HEARING
BY VIDEO CAMERA CONFERENCE ON JULY 6, 2007
AT 9:00 AM HAWAIIAN TIME, OR 1200 NOON LOMPOC

I. THE INDICTMENT - 10/25/04, arraignment hearing on 8/26/04.
1) Wire fraud - counts 1 - 8, Dec 5-14,2001, 6/18/02 and 8/13/02
all Luu's
2) Bank fraud, Aiding & Abetting, $19,450.00 Well Fargo DND Jewelry
Count 9
3) Bank fraud - $18,850 Well Fargo - Count 10
4) Bank fraud - $26,410.00 MBNA        Count 11
5) Count 12 - $9,400 Chase Manhattan
6) Count 13 - $7,055.63 FHB 12/24/02
7) Count 14 - $3,600 United Trading 12/24/02
8) Count 15 -  $800.20 Tai Seng 01/9/03
9) Count 16 - $1,000  01/9/03 ACI

10) Count 17 - $330.96 FHB
11) Count 18 - Access device - repeat of count 9
12) Count 19 - Access device - repeat of count 10
13) Count 20 - Access device - repeat of count 11
14) Count 21 - Access device - repeat of count 12
15) Count 22 - Access device - repeat of count 13
16) Count 23 - Access device - repeat of count 14
17) Count 24 - Access device - repeat of count 15
18) Count 25 - Mail Theft - check $330.96
19) Count 26 - Conspiracy - 18 USC § 371 -
20) Count 27 - Copyright infringement
21) Forfeiture Allegations
22) Sentencing allegations

*[handwritten right margin: Multiplications / Double-Counting / 7 repeats - / So 27+7 = 20 counts / TRIPLE COUNTING / w/ Super indictment / ACI]*

II. THE INFORMATION - January 31, 2005
1) Count 1 through 4 - Wirefraud 12/3,4,7/2001 and 6/18/2002 (Luu's)
2) Count 5 - BF - $26,410.00  10/16/02 - Count 42+43 SI
3) Count 6 - BF - $330.96     01/20/03  Cnt 67+68 SI
** 4) Count 7 - AD - $9,400.00   12/24/02 (Subaru, Anna) - (44+45) SI
5) Count 8 - AD - $7,055.63   12/24/02 (46+47) SI
6) Count 9 - Money Laundering - $5,000
7) Count 10 - Copyright Infringement
8) Criminal forfeiture allegation  18 USC § 982
9)
NOTE: Money laundering was not charged in the Indictment/Superseding In.

*[handwritten left margin: 10 Counts]*

III. SUPERSEDING INDICTMENT - March 9, 2005
1) Count 1 - 8 Wire fraud
2) Count 9 - BF - 11/21/01 - $1,350. ACI       # 1,350 -
3) Count 10 - repeat of count 9
** 4) Count 11 - AD - $1,800 - 12/09/01 - Anna Jewelry
** 5) Count 12 - BF - 12/17/01 - $1,350 Anna Jewelry
6) Count 13 - BF - 12/14/01 - $3,600 ACI
7) Count 14 - AD - repeat of count 13  # 3,600 -
** 8) Count 15 - AD - 11/17/01 $1,350 Anna Jewelry - repeat of count 12
** 9) Count 16 - AD - 12/17/01 $1,675 Anna Jewelry
10) Count 17 - AD - 5/22/02 - $3,000 ASB
11) Count 18 - AD - 6/20/02 - $1,000 TTV
12) Count 19 - AD - repeat of count 18  # 1,000 -
13) Count 20 - BF - 6/20/02 - $3,000 ASB
14) Count 21 - AD - repeat of count 20  # 3,000 -
15) Count 22 - BF - 8/7/02 - $3,000 ASB
16) Count 23 - AD - repeat of count 22  # 3,000 -

*[handwritten: Total repeats = 136,035.63     37,078     EXHIBIT "C"     5 Repeats = 11,950 -]*

SUPERSEDING INDICTMENT  (continued)          July 5, 2007 page 2

```
count 24 - BF - 8/9/2002 AC $445.00 payable to AJ
      25    BF   8/14/02  AC   180.00          AMJ
      26    BF   8/28/02  AC   285.00          AMJ
      27    BF   9/26/02  AC 4,900.00          ACI
      28    AD   9/26/02  AC 4,900.00  repeat of count 27
      29    BF   10/8/02     3,079.17          AMJ
      30    BF   10/10/02    4,500.00          ANM
      31    AD   10/10/02    4,500.00  repeat of count 30
      32    BF   10/11/02 AD 3,120.00          TTV
      33    AD   10/11/02    3,120.00  repeat of count 32
      34    BF   10/15/02 AD 5,000.00          ACI
      35    AD   10/15/02 AD 5,000.00  repeat of count 34
      36    BF   10/18/02 AD 1,500.00          ASB/ACI
      37    AD   10/18/02 AD 1,500.00  repeat of count 36
      38    BF   10/16/02    9,450.00          DND
      39    AD   10/16/02    9,450.00  repeat of count 38
      40    BF   10/16/02   18,850.00          DS
      41    AD   10/16/02   18,850.00  repeat of count 40
      42    BF   10/16/02   26,410.00          MBNA
      43    AD   10/16/02   26,410.00  repat of count 42
      44    BF   12/24/02    9,400.00          FHB
      45    AD   12/24/02    9,400.00  repeat of count 44
      46    BF   12/24/02    7,055.63          FHB
      47    AD   12/24/02    7,055.63  repeat of count 46
      48    AD   12/24/02    3,600.00      Unity Trading
      49    AD   12/24/02    2,600.00          DS
      50    AD   1/5/03      1,800.00      Asian Desire
      51    BF   1/9/03      1,000.00   HNB/ACI (Chase Manhattan)
      52    AD   1/9/03      1,000.00  repeat of count 51
      53    AD   1/9/03      1,000.00     ACI   (Sears)
      54    BF   12/26/02    8,000.00   HNB/ACI (Capitol One)
      55    AD   12/26/02    8,000.00  repeat of count 54
      56    AD   12/27/02    1,410.00   payable to Capitol One (Luu's)
      57    AD   1/3/03      5,900.00          DS
      58    AD   1/7/03      3,600.00      Asian Desire
      59    BF   1/9/03     10,000.00         ANM Ent.
      60    AD   1/9/03     10,000.00  repeat of count 59
      61    BF   1/9/03      2,100.00         ANM Ent.
      62    AD   "           2,100.00  repeat of count 61
      63    BF   1/17/03     1,800.00          ACI
      64    AD   "           1,800.00  repeat of count 63
      65    BF   1/21/03     2,000.00          ACI
      66    AD   "           2,000.00  repeat of count 65
      67  MAIL THEFT (check 330.96 ? to be deposited at FHB
      68    BF   1/22/03       330.96          FHB
      69    BF   1/23/03     3,600.00          ACI
      70    AD   "           3,600.00  repeat of count 69
      71    AD   1/27/03     4,000.00          DND
      72    BF   "           5,400.00      Wet Enterprise
      73    AD   "           5,400.00  repeat of count 72
      74    BF   "              72.91      Wet Enterprise
      75    BF   1/29/03       736.68      Abele Consultants
      76    BF   "             393.97      Wet Enterprise
      77    BF   "             114.32          "
      78    BF   "              59.08      Able Consultant
      79  CONSPIRACY
      80  COPYRIGHT INFRINGEMENT
          FORFEITURE ALLEGATIONS (2 cars)
```

EXHIBIT "C"