CERTIFICATE OF SERVICE

Case name:    USA  V.  MARTIN

Case No. 07-16756 - Court of Appeals for the Ninth Circuit

Hawaii District Court No. 06-00629DAE-LEK/Cr. No. 04-00322DAE
                         06-00632DAE-LEK/Cr. No. 05-00049DAE

I certify that a copy of the **Analysis of the District Court's Order Denying Appellant's Motion for COA** and any attachments was served, either in person or by mail, on the person(s) listed below:

DATED: Lompoc, California

_____
Abraham Martin

| Name | Address | Date Served |
|---|---|---|
| William L. Shipley<br>AUSA | 300 Ala Moana Blvd. #6-100<br>Honolulu, HI 96850 | 12/21/2007 |
| Ellie Asasaki<br>Senior U.S.P.O. | 300 Ala Moana Blvd. #C-126<br>Honolulu, HI 96850 | 12/21/2007 |
| Clerk<br>Court of Appeals<br>Ninth Circuit | 95 Seventh Street<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | 12/21/2007 |