Abraham Martin
87153-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

**** L E G A L   M A I L ****

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. ROOM C-338
HONOLULU, HI 96850-0338

*** L E G A L   M A I L ***

*** LEGAL MAIL ***