January 18, 2008

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

Ms. Laura Savo
Court Reporters
U.S. District Court
P.O. Box 50131
Honolulu, HI 96850

RE: Transcript of "Secret Indictment" on 06/25/2004
    Record of Criminal Proceeding Cr. No. 04-00322 DAE
    Civil No. 06-00629 DAE-LEK - **9th Circuit Case No. 07-16756**

Dear Ms. Savo:

On November 14, 2007, I sent to you a Transcript Designation Form, with an estimated date for completion of transcript on or about 12/14/2007, and to this very date, I have not received a copy from you.

I have received a copy of transcript from Ms. Cynthia Fazio last week though. Please let me know the status of the production of this particular transcript, to prove my allegation that the "jury instructions" are vindictive, evil, unjudicial .... and the fact that Mr. Shipley prevaricated in his statement to the jurors. Being a psychic, I am 1000% sure that he did provide evilly incorrect information to the jury, since he **never told the jury** that **HE WAS CHARGING THE DEFENDANT 2, 3 COUNTS/OFFENSES FROM A SINGLE CHECK, among other grossly erroneous statement from him.**

My DUE PROCESS right has been greated violated, and there is a **patent display of INJUSTICE** if I do not have this copy of the transcript, since cover-up has been taking place here at the Hawaii District Court.

I need all the transcripts for an effective appeal, to prove my allegations. By denying me this transcript, is by all means **DENYING ME A CONSTITUTIONAL RIGHT,** as simple as that, and patently **ENGAGING IN INJUSTICE,** no question about that.

Awaiting your reply ASAP and thank you very much for your time and assistance in this matter of **JUSTICE.**

Sincerely

*[signature]*

Abraham Martin

cc: Clerk, Hawaii District Court
    Clerk, Court of Appeals, 9th Circuit

January 18, 2008

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

Mr. Philip Rosenberg
Court Reporters
U.S. District Court
P.O. Box 50131
Honolulu, HI 96850

RE: Transcript of "Superseding Indictment" on 03/09/2005
    Record of Criminal Proceeding Cr. No. 04-00322 DAE
    Civil No. 06-00629 DAE-LEK - **9th Circuit Case No. 07-16756**

Dear Mr. Rosenberg:

On November 14, 2007, I sent to you a Transcript Designation Form, with an estimated date for completion of transcript on or about 12/14/2007, and to this very date, I have not received a copy from you.

I have received a copy of transcript from Ms. Cynthia Fazio last week though. Please let me know the status of the production of this particular transcript, to prove my allegation that the "jury instructions" are vindictive, evil, unjudicial .... and the fact that Mr. Shipley prevaricated in his statement to the jurors. Being a psychic, I am 1000% sure that he did provide evilly incorrect information to the jury, since he **never told the jury** that **HE WAS CHARGING THE DEFENDANT 2, 3 COUNTS/OFFENSES FROM A SINGLE CHECK, among other grossly erroneous statements from him.**

My DUE PROCESS right has been greated violated, and there is a **patent display of INJUSTICE** if I do not have this copy of the transcript, since cover-up has been taking place here at the Hawaii District Court.

I need all the transcripts for an effective appeal, to prove my allegations. By denying me this transcript, is by all means **DENYING ME A CONSTITUTIONAL RIGHT**, as simple as that, and patently **ENGAGING IN INJUSTICE**, no question about that.

Awaiting your reply ASAP and thank you very much for your time and assistance in this matter of **JUSTICE.**

Sincerely

*[signature]*

Abraham Martin

cc: Clerk, Hawaii District Court
    Clerk, Court of Appeals, 9th Circuit