# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

December 18, 2007

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

    RE: Letter dated 12/13/2007 requesting Statement of Reasons

Dear Mr. Martin,

    The Statement of Reasons is not a public document. You can request your Statement of Reasons via request to your Probation Officer or Attorney.

    Sincerely

    SUE BEITIA, Clerk

    By: Deptuy Clerk



Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

December 13, 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HAWAII 96850-0338

**RECEIVED**
CLERK U.S. DISTRICT COURT

DEC 17 2007

DISTRICT OF HAWAII

RE: Request for 1. Judgment in a Criminal Case, 04-00322-01 DAE
               2. Judgment in a Criminal Case, 05-00049-01 DAE

Dear Clerk:

　　　　Since it has been confusing regarding the **"latest or revised, or amended"** judgments in a criminal case with respect to my **"two sentences"**, please send me a copy of the **"latest"** copies of :

　　　　　　1. Criminal No. 04-00322-01 DAE         and
　　　　　　2. Criminal No. 05-00049-01 DAE

**particularly including the "STATEMENT OF REASONS"** appended at the end of the sentence itself (around sheet 6 on).

　　　　I feel that I would need the **"STATEMENT OF REASONS"** the most **(reasons for enhancing the sentence by 2 levels, reasons for restitution, etc ...),** and they must be included in the judgments in a criminal case.

　　　　Awaiting your favorable reply to this request, I thank you very much for your kind assistance in this matter.

　　　　Sincerely,

　　　　Abraham Martin

P.S. The 90-day limitation on ruling of motion for COA will end on December 19, 2007. I will file the same motion to the Ninth Circuit on December 27, 2007, with more issues of appeal presented.

　　　Inmate Wood (USA v. WOOD) was released yesterday, 12/12/2007, by Order from the Ninth Circuit to the Warden. His conviction was overturned by the Circuit Court.

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

SANTA BARBARA
CA 931
14 DEC 2007 PM 1 L

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HAWAII 96850-0338

