87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

***** L E G A L   M A I L *****

L E G A L   M A I L
(NOT A MOTION FOR CONSIDERATION FOR COA)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., SUITE C-338
HONOLULU, HAWAII 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 29 2008
DISTRICT OF HAWAII