ABRAHAM NGUYEN MARTIN
87158-022
USP LOMPOC SATELLITE CAMP
SATELLITE CAMP
3705 WEST FARM ROAD
LOMPOC, CA 93436

CR. NO. 04-00322 DAE; CR. NO. 05-00049 DAE