## CERTIFICATE OF SERVICE

Case name:   USA  V.  MARTIN

Case No.   **07-16756 - Court of Appeals for the Ninth Circuit**

Hawaii District Court No. 06-00629DAE-LEK/Cr.No. 04-00322-01DAE
                          06-00632DAE-LEK/Cr.No. 05-00049-01DAE

I certify that a copy of the **SUPPLEMENT TO THE SECOND MOTION TO AMEND/CORRECT/VACATE RESTITUTION ORDERS** and any attachments was served, either in person or by mail, on the person(s) listed below:

DATED: Lompoc, California 03/18/2008

_____
Abraham Martin

| Name | Address | Date Served |
|---|---|---|
| William L. Shipley<br>AUSA | 300 Ala Moana Blvd., Rm 6-100<br>Honolulu, HI 96850 | 3/18/2008 |
| Ellie Asasaki<br>Supervising PO | 300 Ala Moana Blvd., Rm C-126<br>Honolulu, HI 96850 | 3/18/2008 |
| Clerk<br>Court of Appeals<br>Ninth Circuit | 95 Seventh Street<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | 3/18/2008 |