Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE: 4-10-08

The Enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

SANTA BARBARA
CA 931 1 L
10 APR 2008 PM

LEGAL MAIL

OFFICE OF THE CLERK
U.S. DISTRICT COURT OF HAWAII
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HAWAII 96850-0338

96850043971