recvd 11/19/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **07-16756**    U.S. District Court Case No. **Cr. No. 04-00322DAE**
                                                                            **05-00049DAE**

Short Case Title __**USA v. MARTIN**__

Date Notice of Appeal Filed by Clerk of District Court __**August 28, 2007**__

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 1. 08/25/2004 | Laura Savo | ~~Voir Dire~~ |
| Secret Indictment | | ~~Opening Statements~~ |
| 2. 03/09/2005 | Philip Rosenberg | ~~Settlement Instructions~~ |
| Superseding Indictment | | ~~Closing Arguments~~ |
| 3. 12/05/2005 | Cynthia Fazio | ~~Jury Instructions~~ |
| Sentencing Hearing | | ~~Pre-Trial Proceedings~~ |
| (SEE ATTACHED SHEET FOR ESR TRANSCRIPTS) | | ~~Other (please specify)~~ |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __**11/14/2007**__    Estimated date for completion of transcript __**12/14/2007**__

Print Name of Attorney __**(Pro Se) Abraham Martin**__    Phone Number __**none**__

Signature of Attorney __**(pro se)**__ [signature]

Address __**Reg. # 87158-022, Federal Prison Camp, 3705 W. Farm Rd., Lompoc, CA 93436**__

NOTE: payment by the government under Criminal Justice Act. Motion filed.

SECTION B - To be completed by court reporter

I, _[signature: Cynthia Fazio]_ (signature of court reporter), have received

(✓) Arrangements for payment were made on __**12/11/07**__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date __**1/10/08**__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 16 2008
at __12__ o'clock and __35__ min. __P__ M
SUE BEITIA, CLERK

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __**2/8/07**__    Court Reporter's Signature _[signature: Cynthia Fazio]_

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia    __**04/16/08**__    BY: _[signature]_
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

c: parties

Ninth Circuit Court of Appeals Docket No. 0 6756

<u>ABRAHAM NGUYEN MARTIN V. UNITED STATES</u>

CV.NO.06-00629DAE-LEK/CR.NO.04-00322DAE
CV.NO.06-00632DAE-LEK/CR.NO.05-00049DAE

## DESIGNATED TRANSCRIPTS

| Date filed | Docket Text | Court Reporter |
|---|---|---|
| 08/25/2004 | Secret Indictment | Laura Savo |
| 08/26/2004 | Initial Appearance and A & P to Indictment | C6 CD10 3:53-4:02 |
| 08/31/2004 | Detention Hearing | C6 CD10 11:08-11:14 |
| 09/03/2004 | Detention Hearing (2nd) | FTR C7 CD22 10:54-10:55 |
| 01/31/2005 | Information Arraignment | C6 3:18-3:58 |
| 03/09/2005 | Superseding Indictment | Philip Rosenberg |
| 03/11/2005 | A & P as to the Superseding Indictment-Plea of Not Guilty | FTR-C5 10:31-10:36 |
| 03/15/2005 | Detention Hearing (3rd) | FTR-C5 2:10:15-2:25:20 |
| 03/16/2005 | Motion for Withdrawal of Not Guilty Plea and to Plead Anew | 10:40-10:59:56 & 11:04-11:30-36 |
| 03/18/2005 | Continued Motion for Withdrawal of Not Guilty Plea and to Plead Anew. Consent to Rule 11 Plea Memorandum of Plea Agreement Filed | C5 2:39-3:12:48 |
| 12/05/2005 | Sentencing Hearing | Cynthia Fazio |

Lompoc, California
August 27, 2007

## CERTIFICATE OF SERVICE

Case name:   USA V. MARTIN

Case No. **07-16756**  -  Court of Appeals for the Ninth Circuit

Hawaii District Court CV No. 06-00629DAE-LEK/CR No. 04-00322DAE

I certify that a copy of the **Transcript Designation and Order Form; CJA 24** and any attachments was served, either in person or by mail, on the person(s) listed below:

DATED: Lompoc, California

_____
Abraham   Martin

| Name | Address | Date Served |
|---|---|---|
| Laura Savo & Philip Rosenberg & Cynthia Fazio<br>Court Reporters | Court Reporters<br>U.S. District Court<br>P.O. Box 50131<br>Honolulu, HI 96850 | November 14, 2007 |
| William L. Shipley<br>AUSA | 300 Ala Moana Blvd. 6-100 | November 14, 2007 |
| Clerk<br>Court of Appeals<br>Ninth Circuit | 95 Seventh Street<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | November 14, 2007 |