cc: dae

RECEIVED
CLERK U.S. DISTRICT COURT

MAY 19 2008
11:35 am
DISTRICT OF HAWAII

ORIGINAL

May 15, 2008

Abraham Martin
87158-022
Federal Prison Camp - NORTH
3705 West Farm Road
Lompoc, CA 93436

Office of the Clerk
U.S. District Court
District of Hawaii
300 Ala Moana Blvd., Rm C-338
Honolulu, HI 96850-0338

RE: Transcripts of Secret Indictment & Superseding Indictment
    (Laura Savo and Philip Rosenberg, court reporters)
    Certificate of Record - **9th Circuit # 07-16756**
    Hawaii D.C. Cv. 06-00632DAE-LEK, Cr. # 04-00322-01DAE

Dear Clerk:

   I received at mail call today, another copy of the transcript of the sentencing hearing, filed on 04/16/2008.

   I am more concerned with the transcripts of the Secret Indictment and the Superseding Indictment, which somehow **have not been sent to me as yet, despite a request for them on November 14, 2007**, and follow-up request as per your instructions after that (see my letter dated March 18, 2008 enclosed herewith), as to the payment for them pursuant to Criminal Justice Act. Can you check to see why Ms. Laura Savo and Mr. Philip Rosenberg have not sent these to me yet? What is exactly the hang-up? It goes without saying that these two transcripts will clearly show prosecutorial misconduct (multiplicitous & double-counting counts render the indictments defective, and the bias of the district court for the government. A designated transcripts copy dated August 27, 2007 is herewith enclosed for your information.

   In the alternative, should Ms. Laura Savo and Mr. Philip Rosenberg be forbidden to produce the two transcripts as requested, please just go ahead and send me and the 9th Circuit the **Certifcate of Record**, considering the record is complete for now. I strongly feel that some kind of obstruction of justice has been done here, which will come out to light sooner or later.

   Thank you very much for your kind assistance in this matter.

   Sincerely,

   [signature]

cc: Clerk, Ninth Circuit

Ninth Circuit Court of Appeals Docket No. 0⬤ 6756

ABRAHAM NGUYEN MARTIN V. UNITED STATES

CV.NO.06-00629DAE-LEK/CR.NO.04-00322DAE
CV.NO.06-00632DAE-LEK/CR.NO.05-00049DAE

**DESIGNATED TRANSCRIPTS**

| Date filed | Docket Text | Court Reporter |
|---|---|---|
| 08/25/2004 | Secret Indictment | Laura Savo |
| 08/26/2004 | Initial Appearance and A & P to Indictment | C6 CD10 3:53-4:02 |
| 08/31/2004 | Detention Hearing | C6 CD10 11:08-11:14 |
| 09/03/2004 | Detention Hearing (2nd) | FTR C7 CD22 10:54-10:55 |
| 01/31/2005 | Information Arraignment | C6 3:18-3:58 |
| 03/09/2005 | Superseding Indictment | Philip Rosenberg |
| 03/11/2005 | A & P as to the Superseding Indictment-Plea of Not Guilty | FTR-C5 10:31-10:36 |
| 03/15/2005 | Detention Hearing (3rd) | FTR-C5 2:10:15- 2:25:20 |
| 03/16/2005 | Motion for Withdrawal of Not Guilty Plea and to Plead Anew | 10:40-10:59:56 & 11:04-11:30-36 |
| 03/18/2005 | Continued Motion for Withdrawal of Not Guilty Plea and to Plead Anew. Consent to Rule 11 Plea Memorandum of Plea Agreement Filed | C5 2:39-3:12:48 |
| 12/05/2005 | Sentencing Hearing | Cynthia Fazio |

*OK* (handwritten)

Lompoc, California
August 27, 2007



*NOT YET RECEIVED!* (handwritten)

## CERTIFICATE OF SERVICE

Case name:   USA V. MARTIN

Case No. 07-16756 - Court of Appeals for the Ninth Circuit

Hawaii District Court CV No. 06-00629DAE-LEK/CR No. 04-00322DAE

I certify that a copy of the **Transcript Designation and Order Form; CJA 24** and any attachments was served, either in person or by mail, on the person(s) listed below:

DATED: Lompoc, California

_____
Abraham Martin

| Name | Address | Date Served |
|---|---|---|
| Laura Savo & Philip Rosenberg & Cynthia Fazio<br>Court Reporters | Court Reporters<br>U.S. District Court<br>P.O. Box 50131<br>Honolulu, HI 96850 | November 14, 2007 |
| William L. Shipley<br>AUSA | 300 Ala Moana Blvd. 6-100 | November 14, 2007 |
| Clerk<br>Court of Appeals<br>Ninth Circuit | 95 Seventh Street<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | November 14, 2007 |

```
                                        Abraham Martin
                                        87158-022
                                        Federal Prison Camp
                                        3705 West farm Road
March 18, 2008                          Lompoc, CA 93436
```

Clerk
U.S. District Court
District of Hawaii
300 Ala Moana Blvd., Rm C-338
Honolulu, HI 96850-0338

RE: "Certificate of Record" for Cr. No. 04-00322-01DAE/05-00049-01DAE
                                        CV 06-00629 DAE-LEK/06-00632 DAE-LEK
           **Ninth Circuit Case 07-16756**

Dear Clerk:

    Please check up for me to see whether the two court reporters have finished their transcripts for the "Secret Indictment" and the "Superseding Indictment" in my criminal case. I think it's over one month since I wrote according to your instructions. I am sure the Ninth Circuit has been waiting for this "Certificate of Record" to issue a "Time Schedule Order" for the Briefs.

    Also, please stamp-file just the cover-sheet of the enclosed Motion and send it back to me, for my record.

    Thank you very much for your "kokua" in this matter.

    Sincerely,

    Abraham Martin


P.S. Do you have any opening for my wife, Anna Martin, a sick woman and now a criminal, since her probation officer has been pressuring her to work to pay restitution? I guess the probation officer wants my wife to perform miracle, since Anna does not have a GED, no English, no trade skill and has never worked for any company in this country. Maybe I shall ask Dr. Michael Bornemann also to hire her, sicne he wrote to the probation officer that Anna could work in 2 months, since January 5, 2008 letter. I guess he wants to be part of the murder of my wife, since he never referred Anna to another doctor for treatment of her sore legs lately, when Anna suffered tremendously and could not walk. I almost sued him for malpractice back in January 1999, for wrongful diagnosis and medical subscription.