Abraham Martin
87158-022
Federal Prison Camp (NORTH)
3705 West Farm Road
Lompoc, CA 93436

RECEIVED
CLERK U.S. DISTRICT COURT

MAY 19 2008

11:35 &m ☑
DISTRICT OF HAWAII

SEE50&571 0017

***** L E G A L   M A I L *****

Office of the Clerk
U.S. District Court
District of Hawaii
300 Ala Moana Blvd., Rm C-338
HONOLULU, HI 96850-0338

