# ORIGINAL

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

_Registrar of Conveyances_
Assistant Registrar, Land Court
State of Hawaii



R-705    STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
FEB 21, 2006    08:02 AM

Doc No(s) 2006-034043



/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

20    1/1    Z8

LAND COURT SYSTEM                           REGULAR SYSTEM

---

AFTER RECORDATION, RETURN BY MAIL (X)

    United States Attorney
    District of Hawaii
    6-100 PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii  96850-6100
    Att: Financial Litigation Unit

---

TITLE OF DOCUMENT:  **NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996**

---

PROPERTY DESCRIPTION:            LIBER/PAGE:


                                 DOCUMENT NO:
                                 TRANSFER CERTIFICATE OF
                                 TITLE NO(S):

---

In accordance with the provision of Section 634-51, 502-31 Regular System,

and 501-151 Land Court, Hawaii Revised Statutes, this page is attached to

that certain instrument dated February 15, 2006          re:

U.S.A. v.  Abraham Nguyen Martin

Court No.  Cr. No. 04-00322-001 & Cr. No. 05-00049-001

EXHIBIT "A"    (2 pages)

DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR
RESTITUTION IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

| For Optional Use By Recording Office |
| --- |

United States Attorney's Office for the
District of Hawaii

Serial Number

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613©, a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

| | |
| --- | --- |
| *Name of Defendant:* | Abraham Nguyen Martin |
| *Social Security Number:* | 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 |
| *Court Number:* | 04-00322-001 |
| *Court Number:* | 05-00049-001 |
| *Residence:* | 4580 Kilauea Avenue |
| | Honolulu, HI 96816-5014 |
| *Date of Judgment:* | December 5, 2005 |
| *Date of Entry of Judgment:* | February 1, 2006 |
| *Amount of SMA/Fine/Restitution:* | $3,500.00/-0-/$23,859.91 |
| *Amount of SMA/Fine/Restitution:* | $200.00/-0-/$13,290.00 |
| *Rate of Interest:* | 4.37% |
| *Court Imposing Judgment:* | U.S. District Court, District of Hawaii |

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than **October 5, 2031.**

Place of Filing: Honolulu, HI

This notice was prepared and signed at Honolulu, Hawaii on this ___15___ day of ____February____, 2006.

Signature

EDRIC M. CHING
Assistant United States Attorney
(808) 541-2850

900.wp

EXHIBIT "A"    page 2