

# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

PJKK Federal Building          (808) 541-2850
300 Ala Moana Blvd.            FAX (808) 541-2958
Room 6-100
Attn: Financial Litigation Unit
Honolulu, Hawaii 96850

July 9, 2007

Abraham Martin
Register No. 87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

      Re: USA vs. Abraham Nguyen Martin
      Cr. Nos. 04-00322-001 and 05-00049-001
      <u>(U.S. District Court - Hawaii)</u>

Dear Mr. Martin:

    We are in receipt of you letter dated July 4, 2007 in which you informed our office of your participation through the Inmate Financial Responsibility Program at Lompoc, and requested a copy of your final sentence.

    We regret to inform you that due to the large debt you owe to the government, we will continue to refer your debt to the United States Department of the Treasury until it is satisfied, remitted, or set aside, or until it becomes uncollectible.

    A copy of your final sentence can either be obtained from your defense attorney or from the Clerk, U.S. District Court.

    If you have further questions or concerns, please address all correspondence to Shari Hsieh, Financial Litigation Agent, at the address listed above.

                Sincerely,

                EDWARD H. KUBO, JR.
                United States Attorney

            By *Shari Hsieh*
                Shari Hsieh
                Financial Litigation Agent

EXHIBIT "B"