Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

April 21, 2008

United States Attorney
District of Hawaii
6-100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100

RE: Request for cancellation of the illegal lien imposed on
defendant's address at 4580 Kilauea Avenue, Honolulu HI 96816-5014
**(Ninth Circuit No. 07-16756)**

Gentlemen:

By this letter, I am hereby requesting your office to cancel the illegal lien which your office imposed on my residence address at 4580 Kilauea Avenue, Honolulu, HI 96816-5014, document No. 2006-034043, recorded on February 21, 2006, for the following reasons:

1. Title 18 § 3613(c) and the provisions of subchapter C of chapter 227 allow a lien in favor of the United States upon all **property belonging to the person fined or ordered to pay restitution**. The fact is, **I do not have title to this property** since 1999, as confirmed by the Pretrial Services at the time I was released on bail (March-April 2005) and the Probation Officer at the time the PSR was prepared (Oct-Nov. 2005).

2. Your office also imposed on the same date of February 21, 2006 a lien in the amount of $29,745.62 (or $29,945.62) upon the property of Anna Martin, the co-defendant, who, being a disadvantaged, minority-group individual, and having suffered miscarriage of justice, has suffered again from this double-jeopardy of liens against her property at 4580 Kilauea Avenue, Honolulu, Hawaii 96816-5014.

3. The restitution orders have been disputed by me, as being illegal and oppressive and containing grave, unlawful and unjudicial mistakes (non-jurisdiction, constructive amendment to indictment, etc..) The Hawaii distrcit court has yet to rule on my motion to modify/vacate the restitution orders.

Please answer within 72 hours of receipt of this letter, since I need to seek justice to iron out this illegal matter.

Thank you for your immediate attention to this matter of grave concern.

Sincerely,

[signature]

cc: Pretrial Services Officer, Mr. David Kahunahuna
    Ninth Circuit
    Office of the Clerk, Hawaii District Court
    Ms. Ellie Asasaki, Supervising Probation Officer

EXHIBIT "D"