## CERTIFICATE OF SERVICE

Case name:   USA V. MARTIN

Case No.   07-16756 - **Court of Appeals for the Ninth Circuit**

Hawaii District Court Cv. 06-00629DAE-LEK/Cr. 04-00322-01DAE
                          06-00632DAE-LEK/Cr. 05-00049-01DAE

I certify that a copy of the **MOTION TO RESCIND/RELEASE GOVERNMENT-IMPOSED LIEN ON DEFENDANT'S RESIDENCE ADDRESS** and any attachments was served by mail on the persons listed below:

DATED:   Lompoc, California 05/18/2008

_____
Abraham Martin

| Name | Address | Date Served |
|---|---|---|
| William L. Shipley USA | 300 Ala Moana Blvd., Rm 6-100 Honolulu, HI 96850 | 5/18/2008 |
| Ellie Asasaki Supervising P.O. | 300 Ala Moana Blvd., Rm C-126 | 5/18/2008 |
| David Kahunahuna Pretrial Services Officer | 300 Ala Moana Blvd., Seventh Fl. | 5/18/2008 |
| Clerk Court of Appeals Ninth Circuit | 95 Seventh Street P.O. Box 193939 San Francisco, CA 94119-3939 | 5/18/2008 |