RECEIVED
CLERK U.S. DISTRICT COURT
MAY 21 2008
11:10 am
DISTRICT OF HAWAII

May 18, 2008

Dear Clerk:

Please send back to me one stamp-filed copy — Appreciate it very much.

Mahalo,

Alex

———

P.S. All copies are original, since done by "rewrite" feature on the IBM typewriter, signed every one —

Abraham Martin
87158-022
Federal Prison Camp North
3705 West Farm Road
Lompoc, CA 93436

***** LEGAL MAIL *****

OFFICE OF THER CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 21 2008
DISTRICT OF HAWAII