Client's Copy

```
                                          R-603
                                          STATE OF HAWAII
                                          BUREAU OF CONVEYANCES
                                          RECORDED

                                          JUN 15, 1999    08:30 AM

                                          Doc No(s) 99-095233

                                          /s/CARL T. WATANABE
                                                ACTING
                                          REGISTRAR OF CONVEYANCES

                                          CONVEYANCE TAX: $0.00
```

LAND COURT SYSTEM

Return by   Mail ( ✓ )   Pickup ( )   To:

ANNA MARTIN
4580 KILAUEA AVE
HONOLULU, HAWAII 96816-5014

## WARRANTY DEED

Grantor: ABRAHAM NGUYEN MARTIN, Trustee

Grantee: ANNA ANH MARTIN, Trustee

Grantee's Address: 4580 Kilauea Avenue
                   Honolulu, Hawaii 96816

Property Description:

TMK: (Oahu) 3-5-26-1

　　　　This Deed, made this 14th day of June,
1999, by ABRAHAM NGUYEN MARTIN, Trustee for the Abraham
Nguyen Martin Revocable Trust Agreement, dated January 10,
1991, hereinafter called the "Grantor", in favor of ANNA ANH
MARTIN, Trustee for the Anna Anh Martin Revocable Trust
Agreement dated January 10, 1991, with full powers to buy,
sell, mortgage and other powers set forth in said trust,

1

EXHIBIT "E"