EXHIBIT "A"

ALL of that certain parcel of land situate at Waialae-nui, Honolulu, City and County of Honolulu, State of Hawaii, described as follows:

Lot 7, Block 5, area 14,795 square feet, more or less, as shown on the map entitled "WAIALAE-KAHALA NEIGHBORHOOD SUBDIVISION, TRACT A", which said map was filed in the Bureau of Conveyances of the State of Hawaii as File Plan No. 478.

Being all of the land conveyed by:

1. **WARRANTY DEED**

   | | |
   |---|---|
   | Grantor: | Abraham Nguyen Martin and Anna Anh Martin, husband and wife |
   | Grantee: | Abraham Nguyen Martin, Trustee for the Abraham Nguyen Martin Revocable Trust Agreement dated January 10, 1991, and Anna Anh Martin, Trustee for the Anna Anh Martin Revocable Trust Agreement dated January 10, 1991, as Tenants in Common, in equal shares, both with full powers to buy, sell, mortgage and other powers set forth in said trusts |
   | Dated: | April 9, 1998 |
   | Document No. | 98-053392 |

2. **WARRANTY DEED**

   | | |
   |---|---|
   | Grantor: | Abraham Nguyen Martin, Trustee for the Abraham Nguyen Martin Revocable Trust Agreement dated January 10, 1991 |
   | Grantee: | Anna Anh Martin, Trustee for the Anna Anh Martin Revocable Trust Agreement dated January 10, 1991, with full powers to buy, sell, mortgage and other powers set forth in said trust |
   | Dated: | June 14, 1999 |
   | Document No. | 99-095233 |
   | Re: | conveys all of Grantor's undivided one-half (1/2) interest in the subject property. |

EXHIBIT "F"