## CERTIFICATE OF SERVICE

Case Name: USA V. MARTIN

Case No. 07-16756 - **Court of Appeals for the Ninth Circuit**

Hawaii District Court Cv. 06-00629DAE-LEK/Cr. 04-00322-01DAE
06-00632DAE-LEK/Cr. 05-00049-01DAE

I certify that a copy of the **SUPPLEMENT TO MOTION TO RESCIND/RELEASE GOVERNMENT-IMPOSED LIEN ON DEFENDANT'S RESIDENCE ADDRESS**, and any attachments was served by mail on the persons listed below:

DATED: Lompoc, California 05/21/2008

_____
Abraham Martin

| Name | Address | Date Served |
|---|---|---|
| William L. Shipley<br>AUSA | 300 Ala Moana Blvd., Rm 6-100<br>Honolulu, Hawaii 96850 | 5/21/2008 |
| Ellie Asasaki<br>Supervising P.O. | 300 Ala Moana Blvd., Rm C-126<br>Honolulu, Hawaii 96850 | 5/21/2008 |
| David Kahunahuna<br>Pretrial Services Officer | 300 Ala Moana Blvd., 7th Fl.<br>Honolulu, Hawaii 96850 | 5/21/2008 |
| Clerk<br>Court of Appeals<br>Ninth Circuit | 95 Seventh Street<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 | 5/21/2008 |