Please send me one stamp-filed copy. Thanks

All copies are original re-written from the IBM typewriter

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAY 28 2008
DISTRICT OF HAWAII

Abraham Martin
87158-022
Federal Prison Camp NORTH
3705 West Farm Road
Lompoc, CA 93436

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM C-338
HONOLULU, HI 96850-0338

***** LEGAL MAIL *****



U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE: 5-21-0

The Enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.