## CERTIFICATE OF SERVICE

Case Name:  USA V. MARTIN

Case No.  **07-16756** – Court of Appeals for the Ninth Circuit

Hawaii District Court Cv. 06-00629DAE-LEK/Cr. 04-00322-01DAE
06-00632DAE-LEK/Cr. 05-00049-01DAE

I certify that a copy of the **SECOND SUPPLEMENT TO MOTION TO RESCIND/RELEASE GOVERNMENT-IMPOSED LIEN ON DEFENDANT'S RESIDENCE ADDRESS**, and any attachments was served by mail on the persons listed below:

DATED: Lompoc, California this 06/05/2008     _/s/ Abraham Martin_
                                                Abraham Martin

| Name | Address | Date Served |
|---|---|---|
| William L. Shipley AUSA | 300 Ala Moana Blvd. Rm 6-100 Honolulu, HI 96850 | 6/5/2008 |
| Ellie Asasaki Supervising P.O. | 300 Ala Moana Blvd. Rm C-126 Honolulu, HI 96850 | 6/5/2008 |
| David Kahunahuna Pretrial Services Officer | 300 Ala Moana Blvd. 7th Floor Honolulu, HI 96850 | 6/5/2008 |
| Clerk Court of Appeals Ninth Circuit | 95 Seventh Street P.O. Box 193939 San Francisco, CA 94119-3939 | 6/5/2008 |