Abraham Martin
87158-022
Federal Prison Camp NORTH
3705 West Farm Road
Lompoc, CA 93436

**RECEIVED**
CLERK U.S. DISTRICT COURT
JUN 06 2008
3:10pm
DISTRICT OF HAWAII

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM C-338
HONOLULU, HI 96850-0338

***** LEGAL MAIL *****