August 26, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 355-7820

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 16 2008
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** ~~CV-06-00629-DAE~~    CR 04-00322-DAE-01
**Appeal Number:** 07-16756
**Short Title:** USA v. Martin

Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 1 | | | 0 | Certified Copy(ies) | | | |
| Reporters Transcripts in: | 0 | | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   November 16, 2007

To:   United States Court of Appeals      Attn:   (x)   Civil (Docket sheet only - view case
        For the Ninth Circuit                                        on-line - CV 06-00629DAE-LEK)
        Office of the Clerk                       (✓)   Criminal       **07-16756**
        95 Seventh Street
        San Francisco, California 94103     ( )   Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:            CR 04-00322DAE-01        Appeal No: **07-16756**

Short Title:     USA vs. Abraham Nguyen Martin

Clerk's Files in        1         volumes  (✓) original  ( ) certified copy
Bulky docs                        volumes (folders)   docket #
Reporter's                        volumes  ( ) original  ( ) certified copy
Transcripts
Exhibits                          volumes  ( ) under seal
                                  boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

cc: counsel